CO-386-online
10/03

# United States District Court
# For the District of Columbia

EKANEM H. UDOH )
)
)
)
vs  Plaintiff )  Civil Action No. 1:05CV01642 (PLF)
)
TRADE CENTER MANAGEMENT )
ASSOCIATES )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Trade Center Management Associates (TCMA)  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  TCMA  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

456038
BAR IDENTIFICATION NO.

Susan J. Cohen
Print Name

Seyfarth Shaw, 815 Connecticut Ave, N.W., Suite 500
Address

Washington, D.C.   20006
City          State          Zip Code

202-463-2400
Phone Number