UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EKANEM H. UDOH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01642 (PLF) |
| | ) | |
| TRADE CENTER MANAGEMENT ASSOCIATES | ) | |
| Ronald Reagan Building and International Trade Center | ) | |
| 1300 Pennsylvania Ave., N.W. | ) | |
| Washington, D.C. 20004 | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT TRADE CENTER MANAGEMENT ASSOCIATES' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant Trade Center Management Associates ("TCMA"), by and through its undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests additional time, until October 21, 2005, in which to respond to the Complaint in the above-captioned case. In support of its motion, TCMA states as follows:

1. TCMA's Answer to Plaintiff's Complaint is currently due on Friday, October 14, 2005.

2. Due to the press of previously scheduled business and the Jewish holidays, TCMA and its counsel need additional time to investigate the allegations in the Complaint and prepare a responsive pleading.

3. TCMA does not waive any defenses available under Rule 12(b) of the Federal Rules of Civil Procedure by the filing of the instant motion.

4.    Plaintiff's counsel, Jim Kestell, has consented to a one-week extension for TCMA to respond to Plaintiff's Complaint.

5.    No other requests for extension of time have been made in this case.

WHEREFORE, Defendant TCMA requests that its motion be granted.

Respectfully submitted,

TRADE CENTER MANAGEMENT ASSOCIATES

By: _____
Joseph R. Damato, D.C. Bar No. 358130
Susan J. Cohen, D.C. Bar No. 456038

Counsel for Defendant

SEYFARTH SHAW, LLP
815 Connecticut Avenue, N.W.
Washington D.C. 20006-4004
(202) 463-2400 (phone)
(202) 828-5393 (fax)
jdamato@seyfarth.com
scohen@seyfarth.com

Dated:  October 14, 2005