UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV01642 (PLF) |
| | ) |
| TRADE CENTER MANAGEMENT ASSOCIATES | ) |
| Ronald Reagan Building and International Trade Center | ) |
| 1300 Pennsylvania Ave., N.W. | ) |
| Washington, D.C. 20004 | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT TRADE CENTER MANAGEMENT ASSOCIATES' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Trade Center Management Associates ("TCMA"), by and through its undersigned counsel, and pursuant to Local Civil Rule 7(a), hereby submits this Memorandum in Support of its Motion for an Extension of Time to Respond to the Complaint. In support of its Motion, TCMA relies upon the following points and authorities:

1. Rule 6(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant TCMA requests that its motion be granted.

Respectfully submitted,

TRADE CENTER MANAGEMENT ASSOCIATES

By: _____
Joseph R. Damato, D.C. Bar No. 358130
Susan J. Cohen, D.C. Bar No. 456038

Counsel for Defendant

        SEYFARTH SHAW, LLP
        815 Connecticut Avenue, N.W.
        Washington D.C. 20006-4004
        (202) 463-2400 (phone)
        (202) 828-5393 (fax)
        jdamato@seyfarth.com
        scohen@seyfarth.com

Dated: October 14, 2005