UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>TRADE CENTER MANAGEMENT )<br>ASSOCIATES )<br>　　　Defendant. ) | Case No. 1:05CV01642 (PLF) |

### ORDER

Upon consideration of Defendant Trade Center Management Associates' (TCMA) Consent Motion for Extension of Time to Respond to the Complaint, and for good cause shown, it is on this ___ day of October, 2005,

　　ORDERED that the motion is GRANTED, and it is further

　　ORDERED that Defendant TCMA shall have until October 21, 2005 to respond to the Complaint.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge