UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01642 (PLF) |
| ) | |
| TRADE CENTER MANAGEMENT ) | |
| ASSOCIATES ) | |
| Ronald Reagan Building and International ) | |
| Trade Center ) | |
| 1300 Pennsylvania Ave., N.W. ) | |
| Washington, D.C. 20004 ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

We hereby enter the following appearance on behalf of Defendant Trade Center Management Associates in the above referenced matter:

Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
703-821-2189
Fax: 703-821-2267

Joseph R. Damato and Susan J. Cohen, of Seyfarth Shaw, LLP, no longer represent Defendant in this matter and may be removed from the service list.

Respectfully submitted,

**JACKSON LEWIS LLP**

October 21, 2005                By: _____/s/_____
                                Michael N. Petkovich (D.C. Bar No. 49016)
                                Kara M. Ariail (D.C. Bar No. 478718)
                                8614 Westwood Center Drive, Suite 950
                                Vienna, Virginia 22182
                                (703) 821-2189
                                (703) 821-2267 (fax)

SEYFARTH SHAW, LLP


By: _____/s/_____
Joseph R. Damato (D.C. Bar No. 358130)
Susan J. Cohen (D.C. Bar No. 456038)
815 Connecticut Avenue, NW
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 21, 2005, a copy of Defendant Trade Center Management Associates' Entry of Appearance was served upon the following via facsimile and first-class mail, postage pre-paid:

Jonathan L. Gould
717 D Street, NW
Suite 100
Washington, DC 20004

James L. Kestell
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046

                              /s/
Michael N. Petkovich