UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------- ---------------------

EKANEM H. UDOH

      Plaintiff,

      v.                               Civil Action No. 1:05CV01642(PLF)

TRADE CENTER MANAGEMENT
ASSOCIATES

      Defendant.

------------------- ------------ -----------

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Michael P. Deeds on behalf of plaintiff in the above-referenced matter.

/s/
_____
Michael P. Deeds #466815
Kestell & Associates
209 Midvale St.
Falls Chuch, VA 22046
(703) 237-2912