UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRADE CENTER MANAGEMENT )<br>ASSOCIATES )<br>Ronald Reagan Building and International )<br>Trade Center )<br>1300 Pennsylvania Ave., N.W. )<br>Washington, D.C. 20004 )<br>)<br>Defendant. ) | Case No. 1:05CV01642 (PLF) |

**ENTRY OF APPEARANCE**

We hereby enter the following appearance on behalf of Defendant Trade Center Management Associates in the above referenced matter:

    John M. Remy (D.C. Bar No. 461244)
    8614 Westwood Center Drive, Suite 950
    Vienna, Virginia 22182
    703-821-2189
    Fax: 703-821-2267

Michael N. Petkovich and Kara M. Ariail will continue as co-counsel.

                                                  Respectfully submitted,

                                                  **JACKSON LEWIS LLP**

November 15, 2005                    By: _____/s/_____
                                                  John M. Remy (D.C. Bar No. 461244)
                                                  Michael N. Petkovich (D.C. Bar No. 49016)
                                                  Kara M. Ariail (D.C. Bar No. 478718)
                                                  8614 Westwood Center Drive, Suite 950
                                                  Vienna, Virginia 22182
                                                  (703) 821-2189
                                                  (703) 821-2267 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 15, 2005, a copy of the Entry of Appearance was served upon the following via first-class mail, postage pre-paid:

Jonathan L. Gould
717 D Street, NW
Suite 100
Washington, DC 20004

James L. Kestell
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046

/s/
Michael N. Petkovich