UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------

EKANEM H. UDOH,

    Plaintiff,

    v.                               Case No. 1:05CV01642(PLF)

TRADE CENTER MANAGEMENT
ASSOCIATES

    Defendant.

---------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

Please change the address for undersigned to:

Jonathan L. Gould (D.C. Bar No. 491052)
Kestell & Associates
1012 14th Street,
NW, Suite 630,
Washington, DC 20005
Tel: (202) 347-3889
Fax: (202) 347-4482
Email jgould@igc.org

    Respectfully submitted,

    /s/_____

    Jonathan L. Gould
    (D.C. Bar No. 491052 )
    Kestell & Associates
    1012 14th Street,
    NW, Suite 630,
    Washington, DC 20005
    Tel: (202) 347-3889
    Fax: (202) 347-4482
    Email jgould@igc.org

Case 1:05-cv-01642-PLF    Document 10    Filed 12/20/2005    Page 2 of 2