## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EKANEM H. UDOH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:05CV01642 (PLF)** |
| | ) | |
| **TRADE CENTER MANAGEMENT** | ) | |
| **ASSOCIATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federals Rules of Civil Procedure, Plaintiff Udoh and Defendant Trade Center Management Associates ("TCMA"), through their respective counsel, move the Court to enter the attached Stipulated Protective Order.

1.    Plaintiff's complaint alleges he was treated differently than similarly situated employees.  The discovery on this claim will require the parties to exchange information concerning other current and former TCMA employees who may be similarly situated to plaintiff.

2.    This discovery will likely contain information about the compensation history, social security numbers, identifying financial information such as bank or credit card accounts, medical and health history (including workers' compensation claims), health insurance and other benefits, and disciplinary employment history of these employees.

3.    These employees have a legitimate interest in keeping this information from becoming part of the public record, and TCMA has a legitimate interest in protecting its employees from having this information disclosed.

4.     The parties submit that the attached order is reasonably drafted to protect this information from disclosure while still allowing the required discovery.

5.     The parties will attempt to limit the exchange of this information and to limit the need to have it placed in the public record.  However, it is anticipated that, at the summary judgment and/or trial stages, some of this information will be filed with the Court.

6.     WHEREFORE, the parties ask the Court to enter the attached Stipulated Protective Order.

Respectfully submitted,

**Ekanem H. Udoh**

By:  ___/s/_____

James L. Kestell (D.C. Bar No. 955310)
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046
*Counsel for Plaintiff*


**and**

**Trade Center Management Associates**

By: _____/s/_____
John M. Remy (D.C. Bar No. 461244)
Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*