**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **EKANEM H. UDOH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:05CV01642 (PLF)** |
| | ) | |
| **TRADE CENTER MANAGEMENT** | ) | |
| **ASSOCIATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Udoh and Defendant Trade Center Management Associates ("TCMA"), through counsel, hereby move the Court to amend the scheduling order to extend the discovery deadline from March 16, 2006 to April 16, 2006. The parties are not asking the Court to change any other aspect of the scheduling order. In support of the motion, the parties state as follows:

1.    The Court's scheduling order provides for a March 16, 2006 discovery cut-off.

2.    The parties have been conducting discovery, which has included the exchange of written discovery responses and documents, and plaintiff's deposition.

3.    Discovery has recently been delayed because lead defense counsel, John Remy, tore his Achilles tendon in January, had surgery, and missed significant time from work. Both counsel's litigation schedules have made it difficult to re-schedule depositions prior to the March 16 deadline, including a three day trial for defense counsel starting on March 1.

4.     The parties have also begun to discuss settlement in earnest and plan to continue discussions throughout the extended discovery period.

5.     The parties therefore ask the Court to amend the scheduling order to extend the discovery cut-off to April 16, 2006.   The parties do not believe this amendment will require any other changes to the scheduling order, including the May 1, 2006 deadline for dispositive motions.

WHEREFORE, the parties ask the Court to enter the attached Order extending the discovery deadline from March 16, 2006 to April 16, 2006.

Respectfully submitted,

**Ekanem H. Udoh**

By: ____/s/_____

James L. Kestell (D.C. Bar No. 955310)
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046
*Counsel for Plaintiff*


**and**

**Trade Center Management Associates**

By: _____/s/_____
John M. Remy (D.C. Bar No. 461244)
Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*