## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EKANEM H. UDOH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01642 (PLF) |
| | ) | |
| TRADE CENTER MANAGEMENT ASSOCIATES | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has considered the parties' joint motion to amend the scheduling order, and finding good cause, the Court hereby GRANTS the motion. The scheduling order shall be amended to reflect a change in the discovery cut-off from March 16, 2006 to April 16, 2006.

IT IS SO ORDERED.

ENTERED this _____ day of February, 2006.


_____
Judge, U.S. District Court

3