UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH                    )  |   |
|                                   )  |   |
|           Plaintiff,              )  |   |
|                                   )  |   |
|     v.                            )  | Case No. 1:05CV01642 (PLF) |
|                                   )  |   |
| TRADE CENTER MANAGEMENT           )  |   |
| ASSOCIATES                        )  |   |
|                                   )  |   |
|           Defendant.              )  |   |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Udoh and Defendant Trade Center Management Associates ("TCMA"), through counsel, hereby move the Court to amend the scheduling order to extend the discovery and dispositive motions deadline for one month. In support of the motion, the parties state as follows:

1. The current scheduling order provides for an April 16, 2006 discovery cut-off and a May 1, 2006 due date for dispositive motions.

2. The parties have been conducting discovery, which has included the exchange of written discovery responses and documents, and plaintiff's deposition. Counsel has also been discussing settlement.

3. Lead defense counsel, John Remy, recently learned that his father requires emergency surgery for a very serious illness. Mr. Remy will certainly be required to travel to New York at least once before the current discovery deadline and may be out of the office for several days over the next several weeks. Counsel have decided to try to proceed as scheduled with one day of depositions during this period but are required to postpone another day of planned depositions.

4. The parties therefore ask the Court to amend the scheduling order to extend the discovery cut-off to May 16, 2006 to accommodate Mr. Remy's unforeseen personal circumstances. The parties also ask the Court to correspondingly extend the deadline for dispositive motions to June 1, 2006, the deadline for oppositions to June 22, 2006, and the deadline for replies to July 2, 2006. Counsel represent to the Court that they will continue to discuss settlement during this extended period in hopes of avoiding the need for dispositive motions. No other changes to the scheduling order are required.

WHEREFORE, the parties ask the Court to enter the attached Order extending the discovery and dispositive motion deadlines for 30 days.

Respectfully submitted,

**Ekanem H. Udoh**

By: ___/s/_____

James L. Kestell (D.C. Bar No. 955310)
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046
*Counsel for Plaintiff*

and

**Trade Center Management Associates**

By: _____/s/_____
John M. Remy (D.C. Bar No. 461244)
Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01642 (PLF) |
| ) | |
| TRADE CENTER MANAGEMENT ) | |
| ASSOCIATES ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has considered the parties' joint motion to amend the scheduling order, and finding good cause, the Court hereby GRANTS the motion. The scheduling order shall be amended to reflect a change in the discovery cut-off from April 16, 2006 to May 16, 2006. Dispositive motions shall be due June 1, 2006; oppositions due June 22, 2006; and replies due July 2, 2006.

IT IS SO ORDERED.

ENTERED this _____ day of March/April, 2006.

_____
Judge, U.S. District Court