UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH                                         )<br>                                                                      )<br>           **Plaintiff,**                                        )<br>                                                                      )<br>     v.                                                             )   Case No. 1:05CV01642 (PLF)<br>                                                                      )<br>TRADE CENTER MANAGEMENT             )<br>ASSOCIATES                                              )<br>                                                                      )<br>           **Defendant.**                                    ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Udoh and Defendant Trade Center Management Associates ("TCMA"), through counsel, hereby move the Court to amend the scheduling order to extend the dispositive motions deadline for two weeks to facilitate settlement discussions. In support of the motion, the parties state as follows:

1. On May 16, 2006, discovery closed in the case. With the completion of discovery, the parties are now able to engage in, and have begun, substantive settlement discussions.

2. Summary judgment motions are due June 1, 2006. If defendant incurs legal fees to prepare a motion for summary judgment, the prospects for settlement will suffer.

3. Therefore, to facilitate settlement, the parties ask the court for a short, two-week extension of the summary judgment deadline from June 1 to June 15, 2006. Plaintiff's opposition to summary judgment would then be due July 6, 2006 and defendant's reply would be due July 17, 2006.

4. No other changes to the scheduling order are required.

WHEREFORE, the parties ask the Court to enter the attached Order extending the dispositive motion deadlines for two weeks.

Respectfully submitted,

**Ekanem H. Udoh**

By: ___/s/_____

James L. Kestell (D.C. Bar No. 955310)
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046
*Counsel for Plaintiff*

and

**Trade Center Management Associates**

By: _____/s/_____
John M. Remy (D.C. Bar No. 461244)
Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01642 (PLF) |
| ) | |
| TRADE CENTER MANAGEMENT ) | |
| ASSOCIATES ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Court has considered the parties' joint motion to amend the scheduling order, and finding good cause, the Court hereby GRANTS the motion. The scheduling order shall be amended. Dispositive motions shall be due June 15, 2006; oppositions due July 6, 2006; and replies due July 17, 2006.

IT IS SO ORDERED.

ENTERED this _____ day of May, 2006.

_____
Judge, U.S. District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TRADE CENTER MANAGEMENT )<br>ASSOCIATES )<br>)<br>    Defendant. ) | Case No. 1:05CV01642 (PLF) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Udoh and Defendant Trade Center Management Associates ("TCMA"), through counsel, hereby move the Court to amend the scheduling order to extend the dispositive motions deadline for two weeks to facilitate settlement discussions. In support of the motion, the parties state as follows:

1. On May 16, 2006, discovery closed in the case. With the completion of discovery, the parties are now able to engage in, and have begun, substantive settlement discussions.

2. Summary judgment motions are due June 1, 2006. If defendant incurs legal fees to prepare a motion for summary judgment, the prospects for settlement will suffer.

3. Therefore, to facilitate settlement, the parties ask the court for a short, two-week extension of the summary judgment deadline from June 1 to June 15, 2006. Plaintiff's opposition to summary judgment would then be due July 6, 2006 and defendant's reply would be due July 17, 2006.

4. No other changes to the scheduling order are required.

WHEREFORE, the parties ask the Court to enter the attached Order extending the dispositive motion deadlines for two weeks.

Respectfully submitted,

**Ekanem H. Udoh**

By: ____/s/_____

James L. Kestell (D.C. Bar No. 955310)
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046
*Counsel for Plaintiff*

and

**Trade Center Management Associates**

By: _____/s/_____
John M. Remy (D.C. Bar No. 461244)
Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*