UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EKANEM H. UDOH** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TRADE CENTER MANAGEMENT** )<br>**ASSOCIATES** )<br>)<br>**Defendant.** ) | Case No. 1:05CV01642 (PLF) |

## ORDER

The Court has considered the parties' joint motion to amend the scheduling order, and finding good cause, the Court hereby GRANTS the motion. The scheduling order shall be amended. Dispositive motions shall be due June 15, 2006; oppositions due July 6, 2006; and replies due July 17, 2006.

IT IS SO ORDERED.

ENTERED this _____ day of May, 2006.

_____
Judge, U.S. District Court