## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EKANEM H. UDOH     )
           )
    **Plaintiff,**   )
           )
  **v.**        )  **Case No. 1:05CV01642 (PLF)**
           )
TRADE CENTER MANAGEMENT )
ASSOCIATES      )
           )
    **Defendant.**  )

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), defendant Trade Center Management Associates ("TCMA"), by its attorneys, moves this Court for summary judgment on all counts in plaintiff's complaint.

TCMA employed plaintiff Udoh. TCMA terminated Udoh after Udoh wrenched another employee's arm off a banquet cart in violation of a company rule against physical confrontations with co-workers.

Udoh admitted he knew about TCMA's rule and admitted he physically broke the employee's grip on the cart. The victim reported that Udoh came after her like a "madman, screaming obscenities." It is undisputed that every witness confirmed the victim's account that Udoh violently twisted her arm off the cart. It also undisputed that the victim went to the hospital that day, missed several days of work, and wore a splint for two to three months as a result of Udoh's assault. At his deposition, Udoh admitted that, if the witnesses said he twisted the victim's arm, his termination was justified.

Udoh's complaint alleges he was terminated due to his race, national origin, and sex (Count I) and due to his age (Count II). TCMA requests summary judgment because

Udoh cannot establish a prima facie case of discrimination and because no reasonable jury could find TCMA's reason for termination was a pretext for discrimination.

In support of this motion, TCMA is contemporaneously filing a memorandum of points and authorities in support of the motion, a statement of material undisputed facts with supporting evidence, and a proposed order.

For the reasons set forth in this motion and explained more thoroughly in the documents filed herewith, TCMA asks the Court to grant this motion, enter judgment in favor of TCMA on all counts, and dismiss plaintiff's complaint.

Respectfully submitted,

**Trade Center Management Associates**

By: _____ /s/ _____
John M. Remy (D.C. Bar No. 461244)
Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*