UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:05CV01642 (PLF) |
| TRADE CENTER MANAGEMENT ASSOCIATES | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING SUMMARY JUDGMENT

Having considered defendant's motion for summary judgment, and all papers and evidence submitted in support thereof and in opposition thereto, the Court hereby GRANTS defendant's motion. Judgment shall be entered in favor of defendant on all counts. Plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge