Statement by: Wanda Paz

Today is 05/26/04. The incident happened at 10am. I went to the Atrium Hall to get a cart to use in the silver room because I needed one and at the time no one was using it. A couple minutes later, EK came in acting like a mad man, screaming obscenities at me " Son of a bitch". I told him he did not have to talk to me like that and I told him that I would report him to human resources and he did not react to me. He continued to scream at me then he grabbed my arm forcefully and twisted it. I was in soo much pain. He humiliated me in front of my co-workers. I was embarrassed at his actions and extremely upset. I am afraid that by going to my supervisor or Sharon that he might take revenge.

He then left the silver room while he continued to scream at me. Not only did he leave me with pain in my arm, but he also shoved me using excessive force.

TCMA-0011

Yo Me llamo Wanda Paz

Hoy - 05-26-04 a las 10.AM. Yo fui al atrium Hall. a recojer un carito que se usa en el silver Room. Por q̈ lo Nesesitaba. yo lo agarre Por q̈ no estaba en uso.
A los pocos Minutos llego E.K. y se puso como un loco. a gritarme. Palabras Fuertes como puta de mierda yo le conteste q̈ el no tenia q̈ hablarme de esa Forma. Yo le dije q̈ si seguia gritando yo iva ir a Recursos Humanos a quejarme y a el no le importo y siguio gritandome. luego me agarro con Mucha fuerza la Mano y me la doblo. siento dolor en mi mano. Pero lo q̈ Mas Me duele es en la forma que Me grito delante de todos los compañeros de trabajo. Me siento muy apenada con mis compañeros Por q̈ tubiero que presencial el problema. y a la vez tengo miedo q̈ pueda tomar replesari fuera del trabajo. luego. salio el silver Room. Todavia gritando Palabras Fuertes Tambien cuando me doblo la Mano me dio un fuerte empujón usando Mucha fuerza

Wanda Paz

TCMA-0012