Statement by:
I was working when I saw Ekanem saying profound words, very loud. I saw him twist her(name ) arm. He pushed her.

Statement by:
I'm                                  . I saw Ekanem come in the dishroom. I heard him say in a loud tone voice over a car. "You don't that my cart"

Statement by:
My name is                         I was loading plates into the dishwasher, when I saw the discussion between Ekanem and Wanda. I stopped doing my work to see what was happening. He was screaming very loudly and he grabbed her arm strongly and twisted, and he pushed her away.

Statement by:
I was working in the dishroom when I hear someone speaking so loud. I did not understand what he said but I saw him the name how I knew him is EK. He was so angry, and he was taking a cart from Wanda's hand and he took her hand from the cart and he did something like when someone pull out or for the cart and he was in front of her like a big man or like when somebody wants to fight.
It was 5/26/04 about 10am in the dishroom.


Statement by:


I witnessed the situation around 10am in the B2 silver room. I saw EK insult Ms Wanda, and I also saw him take the cart from her forcefully when it was very unnecessary. I am mad at the situation because it is not the first time that it happened.

TCMA-0013

5/26/04 hora 10.n u

llo estava alli eran él la impu
jo y le dijo palabras muy atas
muy agresivos y le retorció la mano
~~Luis Guevara~~

Luis Guevara
_____

- La empujo
- ~~ya la la agarro de la~~
- le torció la mano.
- Le gritaba.

TCMA-0014

5-26-04

To Whom it may concern,

I'm Evangeline Henderson saw E.K. come in dishroom loud tone voice over a cart. you don't that my cart.

Stewarding
Department
Evangeline Henderson

TCMA-0015

5-26-04

❌ mi nombre es franklin Ramos
yo estaba tirando platos en la maquina
cuando vi la discucion entonces deje
de tirar para ber lo que pasaba.
El legrito muy fuerte y le quito Afuerza
El carro. Le torcio La mano se lo agaro y se
La tiro con fuerza. Esto es lo que vi...

✳ Le quito el carro a la fuerza.

TCMA-0016

I was working in the dishroom when I hear someone speaking so loud I did not hunderstand what he said but I sow him the name how I know him is EK he was so Angry and he was taking a car from Wanda's hand and he took her hand from the car and he did something like when someone pull out or for of the car and he was in from of her like big man or like when somebody want to figh

Enrique D. Robles.

it was 5/26/H about 10:00 AM. in the dishroom.

TCMA-0017

ELISEO GUEVARA.

Asunto: AGRECIÓN VERBAL Y FISICA

Yo Eliseo Guevara fui testigo a las 10 am en el piso 2B sala de lavado de platos. Como el señor E.K insultaba a la señora Wanda y le arrebataba un carro por la fuerza motivo por el cual no era necesario aserlo, también se dejo notar la superioridad de su trabajo con lo que ella asía en el momento, todos los sentimos muy molesto que se don esos casos que solamente traen problemas y no es la primera vez que eso sucede.—

Atentamente su servidor

May 26, 2004

Idalia Velazquez.

Wanda was looking for an empty table cart, when she found one EK went very violent screaming at her, snatching the table cart, grabbing her and twisting her hand, very hard and pushing her also.
EK turned back at me insulting me and treating me very bad.
EK was also screaming "where is the supervisor, you know and you don't want to tell me".

05/26/04

Idalia Velazquez

Wanda fue a buscar una mesa que estaba bacia; al rato fue Ek a arrebatarcela y a gritarle muy biolentamente retorciendole la mano con mucha fuerza y la empujo.

- Ek regreso donde mi insultandome y tratandome mal.

- Ek "El Supervisor donde esta con alta voz" q. Tu sabes no me quieres decir."

TCMA-0020