**From:** CN=Paul Grant/O=UrbanRetail [mailto:CN=Paul Grant/O=UrbanRetail]
**Sent:** Friday, May 28, 2004 11:40 AM
**To:** Linda Regner; Grant, Paul; Drew, John E; Selfon, Bruce; john p drew
**Subject:** Re: TCMA- Employee Issue

Linda,
After a review of the facts it seems termination is appropiate.   Please do so today as you indicated in your v-mail to me.    Any questions please feel free to call.

Paul C. Grant
Executive Vice President
Urban , Properties Co.
Main  617-236-0600
Fax    617-236-7918
Cell    202-345-5149


   **From:** Linda Regner
   **Sent:** 05/27/2004 03:47 PM
   **To:** grantp@urbanretail.com; pgranttcma@aol.com; John.Drew@fmr.com; surffish@ix.netcom.com; john.p.drew@fmr.com@UrbanRetail

   **Subject:** TCMA- Employee Issue

TCMA-0228

1/13/2006

Gentlemen,

On Wednesday there was an incident between one of our full time banquet servers, Ekanem Udoh and Wanda Paz, a full time utility steward. Ekanem had taken a cart to the Atrium Hall service area that he was working in and dressed it in linens for use for his function. Somewhere in the morning, around 9:30 am- 10:00 am, the cart was removed and taken to the B2 dishroom by Wanda Paz. She stated that no one was in the area and it was filled with soiled linens. Ekanem located the cart in the B2 dishroom with Wanda. Ekanem approached Wanda and began speaking to her in an inappropriate tone, including foul language. After the verbal exchange, both individuals were physically holding onto the cart and not letting go. It escalated to the point when Ekanem came to Wanda's side and physically pried her hand loose from the cart, twisting her right arm back in the process.

Don and I began an investigation into the incident with Ekanem yesterday and suspended him pending an investigation of the incident. We also spoke to Wanda about the incident. We concluded that Ekanem did physically touch Wanda in a forceful manner and pried her hand loose from the cart. Ekanem did admit during our discussion with him that he pried Wanda's hands loose from the cart, but he did not mean any harm to her. We also have a statement from Wanda and six other utility stewards who were in the area and witnessed the incident who verify Wanda's statement about Ekanem's behavior and the force he used to remove her hand.

In addition, Wanda reported later in the day that her arm was hurt and swollen and she requested to go to the doctor and she was sent to GW Hospital to have it looked at. Today she returned with a sprained right arm and is on light duty for 4 days.

Based on the investigation of all parties involved, Don and I recommend that Ekanem be terminated for a violation of our code of conduct, inappropriate behavior in the workplace. For history, in June of 2002, we terminated a full time banquet waiter for grabbing another banquet waiter by the shirt during a heated exchange. We have not had any other incidents since then involving employees physically touching or grabbing another employee.

Please let me know if you have any questions. We would like to schedule a meeting with Ekanem tomorrow afternoon.

Thanks,

Linda

TCMA-0229

```
-----Original Message-----
From: Drew, John [mailto:John.Drew@FMR.COM]
Sent: Friday, May 28, 2004 11:36 AM
To: regnerl@itcdc.com; grantp@urbanretail.com; pgranttcma@aol.com; surffish@ix.netcom.com;
Drew, John P
Subject: RE: TCMA- Employee Issue

You should terminate  ---can't have anyone grabbing  another person john

-----Original Message-----
From: regnerl@itcdc.com [mailto:regnerl@itcdc.com]
Sent: Thursday, May 27, 2004 4:47 PM
To: grantp@urbanretail.com; pgranttcma@aol.com; Drew, John; surffish@ix.netcom.com; Drew,
John P
Subject: TCMA- Employee Issue
```

Gentlemen,

On Wednesday there was an incident between one of our full time banquet servers, Ekanem Udoh and Wanda Paz, a full time utility steward. Ekanem had taken a cart to the Atrium Hall service area that he was working in and dressed it in linens for use for his function. Somewhere in the morning, around 9:30 am- 10:00 am, the cart was removed and taken to the B2 dishroom
by Wanda Paz.  She stated that no one was in the area and it was filled
with soiled linens.  Ekanem located the cart in the B2 dishroom with Wanda.
Ekanem approached Wanda and began speaking to her in an inappropriate tone, including foul language. After the verbal exchange, both individuals were physically holding onto the cart and not letting go.  It escalated to the point when Ekanem came to Wanda's side and physically pried her hand loose from the cart, twisting her right arm back in the process.

Don and I began an investigation into the incident  with Ekanem yesterday and suspended him pending an investigation of the incident.  We also spoke to Wanda about the incident. We concluded that Ekanem did physically touch Wanda in a forceful manner and pried her hand loose from the cart.
Ekanem
did admit during our discussion with him that he pried Wanda's hands loose from the cart, but he did not mean any harm to her.  We also have a statement from Wanda and six other utility stewards who were in the area and witnessed the incident who verify Wanda's statement about Ekanem's behavior and the force he used to remove her hand.

In addition, Wanda reported later in the day that her arm was hurt and swollen and she requested to go to the doctor and she was sent to GW Hospital to have it looked at.  Today she returned with a sprained right arm and is on light duty for 4 days.

Based on the investigation of all parties involved, Don and I recommend that Ekanem be terminated for a violation of our code of conduct, inappropriate behavior in the workplace.  For history, in June of 2002, we terminated a full time banquet waiter for grabbing another banquet waiter by the shirt during a heated exchange.  We have not had any other incidents since then involving employees physically touching or grabbing another employee.

Please let me know if you have any questions.  We would like to schedule a meeting with Ekanem tomorrow afternoon.

1

TCMA-0230

Thanks,

Linda

2

TCMA-0231