Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

52

1   since it would have broken the rule against physical

2   confrontations, that they would have been justified in

3   terminating you?

4           A.    I don't understand what you mean by honest.

5           Q.    That they really believed it.

6           A.    From?

7           Q.    All the other witnesses.

8           A.    I still don't -- I still don't understand.

9           Q.    Okay.  If the witnesses told Linda and Don

10  that you raised your voice and that you forcefully

11  removed Wanda's arm from the cart, okay, and they

12  believed those other witnesses, do you think they were

13  justified in terminating you?

14          A.    I believe so.

15          Q.    Okay.

16          MS. KARIM:  Mr. Remy, if we can take a

17  break in about five minutes.

18          MR. REMY:  I was just going to say we are

19  going to go into another area of questioning now, so

20  why don't we take a ten-minute break.

21                      -   -   -

22          (Recessed at 2:33 p.m.)

Henderson Legal Services
(202) 220-4158

Ekanem H. Udoh

January 27, 2006

Vienna, VA

53

1                    (Reconvened at 2:44 p.m.)

2                         —  - . -

3              BY MR. REMY:

4         Q.    During the incident with Wanda, Evangeline

5    Henderson was standing right there.  Is that right?

6         A.    Yes.  She was there.

7         Q.    Do you know if anyone else saw what

8    happened or heard what happened?  Do you know?

9         A.    I didn't see anybody.

10        Q.    Okay.  But what I am asking you is if you

11   know whether anyone else saw what happened or thought

12   they saw what happened or heard what happened?

13        A.    No.

14        Q.    Okay.  So let's go back to where we had

15   left off kind of time wise.  You had spoken to your

16   supervisor about the stewards taking the carts?

17        A.    Yes.

18        Q.    And asked him to tell the stewards not to

19   do that.  Is that right?

20        A.    Yes.

21        Q.    And your supervisor, you said this was to

22   Sam.  Is that right?

Ekanem H. Udoh    January 27, 2006

Vienna, VA

57

1    A.    So he came.  So that was around ten

2    o'clock.

3    Q.    Okay.  And after you had this conversation

4    with Sam, what happened next?

5    A.    I went about doing my work until it was

6    noon time.

7    Q.    Okay.  And what happened at noon time?

8    A.    Noon time I was called to Don's office.

9    Q.    Okay.  This is Don Shapiro, the vice

10    president?

11    A.    Yes.

12    Q.    And what happened in Don's office?

13    A.    I was asked what took place.

14    Q.    What took place with Wanda?

15    A.    Yes.

16    Q.    So they asked you for your side of the

17    story?

18    A.    Yes.

19    Q.    And what did you tell them?

20    A.    I told them what I've already told you

21    today, that Wanda came and removed the carts.

22    Q.    Okay.  Did you tell them about pushing her

Ekanem H. Udoh                              January 27, 2006

Vienna, VA

63

1      A.    I was called in by Linda.

2      Q.    And what did Linda say to you on the phone?

3      A.    She wanted me to report to her office.

4      Q.    On the 28th?

5      A.    Yes.

6      Q.    And what time did you report on the 28th?

7      A.    It was in the afternoon.  I can't remember

8  the time.

9      Q.    Okay.  Did Linda say anything else to you

10  on the phone other than I just want you to report in

11  on the afternoon of the 28th?

12     A.    Nothing else.

13     Q.    Okay.  And so you came in on the afternoon

14  of the 28th and what happened?

15     A.    I was given a letter of termination.  And

16  she printed it out and said that because I did violate

17  the policy of TCMA.

18     Q.    What policy?

19     A.    That --

20     Q.    The no physical confrontation policy?

21     A.    The misconduct.  I don't have the letter in

22  front of me, but that was to that end.  And when she

Ekanem H. Udoh                                          January 27, 2006
                              Vienna, VA

65

1    the letter?

2         A.    I do not remember.

3         Q.    Okay.  Did you know what they meant by

4    misconduct, inappropriate behavior?

5         A.    I do -- do I -- I don't understand that.

6         Q.    Okay.  Did you have an understanding as to

7    why you were being fired?

8         A.    Yes.  They told me that because I did -- I

9    struggled with Ms. Paz.

10        Q.    Okay.  So they did -- so, in other words,

11   somebody in that meeting said to you that you were

12   being fired for the physical confrontation with

13   Ms. Paz?

14        A.    Yes.

15        Q.    Okay.  Who said that to you?

16        A.    You know, I don't remember who said it

17   because two of them, they were talking

18   interchangeably.

19        Q.    So either Linda or Don said it?

20        A.    Yes.

21        Q.    Do you remember what the exact words were

22   they used?

Ekanem H. Udoh                                    January 27, 2006
                          Vienna, VA

1        Q.    Okay.  I don't want you to guess.

2        A.    Okay.  I can't remember.

3        Q.    If you can't remember, you can't remember.

4        A.    I can't remember.

5        Q.    Now, when you first spoke to Linda and Don

6    about what happened on the 26th, around noon time, you

7    told them the truth; right?

8        A.    I told them the truth.

9        Q.    And you told them the whole story, just

10   like you told it to me this morning?

11       A.    Yes.

12       Q.    And when you wrote that statement, you

13   wrote the truth?

14       A.    Yes.

15       Q.    And put the whole story in the statement?

16       A.    Yes.

17       Q.    Okay.  Was there anything different between

18   what you -- did you change your story at all between

19   when you spoke to Linda and Don on the 26th and when

20   you wrote the statement at home?

21       A.    I didn't change the statement.

22       Q.    So the statement you wrote was the same

Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

68

1    thing you had told them in person on the 26th?

2        A.    Yes.

3        Q.    Not word for word, but pretty much the same

4    stuff?

5        A.    Yes.

6        Q.    Was there anything really important --

7    strike that.  Terrible question.

8              Were there any important facts that you

9    told them on the 26th that you left out of the written

10   statement?

11       A.    No.

12       Q.    Okay.  Let me ask it the other way around.

13   Were there any important facts that you put into the

14   written statement that you left out of what you told

15   them on the 26th?

16       A.    I -- I presented all the facts in there.

17       Q.    So the statement and the written statement

18   and what you told them orally on the 26th were the

19   same thing?

20       A.    Yes.

21       Q.    Okay.  So Linda changes the letter, puts

22   the right date on it.  They tell you that -- the

Ekanem H. Udoh

January 27, 2006

Vienna, VA

72

1     Q.   You couldn't know because you didn't see

2  her?

3     A.   I couldn't know because I didn't see her.

4  That's correct.

5     Q.   And you don't know if Wanda went to the

6  doctor or not, right, after the indent?

7     A.   Can I take that back?  I mean, because now

8  you say I didn't know, I did hear about this at the

9  unemployment.

10     Q.   Okay.  I don't want to hear about -- we'll

11  talk about that in a minute.  I want to know in the

12  next -- do you have any personal knowledge, not what

13  someone told you, do you have any personal knowledge

14  about whether Wanda went to see a doctor after the

15  incident between you and her?

16     A.   No.  Because she worked.  And I didn't

17  know.  I don't know.

18     Q.   And do you have any personal knowledge

19  about if she went on worker's compensation or not for

20  any period of time?

21     A.   I have no idea.

22     Q.   Do you know -- and I know that you don't --

Ekanem H. Udoh                                      January 27, 2006
Vienna, VA

73

1    you didn't mean to hurt Wanda, I'm not saying that you

2    did hurt her, I'm just asking a question; do you know

3    if Wanda suffered any kind of injury as a result of

4    the incident between the two of you?

5        A.    Wanda always claimed, I mean, if she said

6    that, I mean, it's not the first time she said it.  I

7    mean, she said it with David -- she uses -- whenever

8    there is issue that she's -- that she has done

9    something, she always claim that she's hurting.  Linda

10   knows about it.  Don knows about it.

11            So, I mean, I don't know about what you

12   have just told me except on the day of the

13   unemployment that I was told that she went to the

14   hospital.  But, I mean, she had to work the whole day.

15       Q.    Okay.

16       A.    If she was hurt.  I mean, I didn't see her

17   being taken by the ambulance to go to the hospital.  I

18   didn't see her being taken to be sent to the hospital

19   when I was there.  I don't know.

20       Q.    Okay.

21       A.    But my -- my understanding is that she's

22   always on days, Linda knows, Don Shapiro knows, Sharon

Ekanem H. Udoh                                    January 27, 2006
Vienna, VA

74

1    knows, always claiming she got hurt.

2        Q.    Okay.  I'm going to break that apart and

3    ask you some questions about that.  But just to sort

4    of focus on the question I did ask, you don't have any

5    personal knowledge one way or the other about whether

6    Wanda was actually injured as a result of the incident

7    with you and her?

8        A.    I had no knowledge.

9        Q.    Okay.  Now, you believe, though, that Wanda

10   had claimed other injuries in the past.  Is that

11   right?  Is that what you are saying?

12       A.    Yes.

13       Q.    Okay.  You said she was always claiming

14   injuries.  Tell me every injury that you know Wanda

15   claimed before May 26, 2000.

16       A.    She had taken a cart from David.

17       Q.    David Okon, O-K-O-N?

18       A.    Yes.  And she told Linda and Don that she

19   was injured and which turned out not to be the truth.

20   She had claimed that Antoine used a curse word on her,

21   which turned out not to be the truth.

22       Q.    Anything else that you know about?

Ekanem H. Udoh

January 27, 2006

Vienna, VA

84

1      Q.   Okay.  Hold on a second.  You are saying

2  she lied, but you don't know what Wanda said; you

3  already testified?

4      A.   No, I mean if you said -- no, I don't know.

5      Q.   Okay.  So let's even take that one aside.

6  Take you, David Okon, Antoine Banks aside.

7      A.   Yeah.

8      Q.   In all three of those incidents you have no

9  idea what Wanda told anyone; right?

10     A.   No.

11     Q.   Okay.  But other than those three

12  incidents, can you tell me one incident where you know

13  Wanda Paz lied about anything?

14     A.   I don't know.

15     Q.   Okay.

16               -  -  -

17        (A document was marked as Deposition

18  Exhibit Number 1)

19               -  -  -

20        BY MR. REMY:

21     Q.   Mr. Udoh, this is a document marked as

22  Exhibit 1.  It's a three-page document.  I'd like to

Ekanem H. Udoh                              January 27, 2006
                      Vienna, VA

85

1    ask you -- let's focus on the first page.  Okay.  And

2    you can take a minute and look at the whole thing, if

3    you want.  We are going to go one page at a time.

4         A.    Okay.

5         Q.    Okay.  The first page, do you recognize

6    this?

7         A.    Yes.

8         Q.    And this is the employee discipline form

9    that you were given and that you signed on May 26,

10   2004, the day of the incident.  Is that right?

11        A.    Yes.

12        Q.    Okay.  Let's go to the second page which

13   for the record is TCMA 22.

14        A.    Okay.

15        Q.    Do you recognize this?

16        A.    Yes.

17        Q.    Okay.  And is this the statement that you

18   went home and wrote on -- after the incident on May

19   26, 2004?

20        A.    Yes.

21        Q.    Okay.  And just so, if you look at the

22   third paragraph, do you see that paragraph?  The one

Ekanem H. Udoh                                January 27, 2006

Vienna, VA

117

1      Q.    Okay.  And Levelle's black?

2      A.    Yes.

3      Q.    Levelle also worked in your section; right?

4      A.    Yes.

5      Q.    And Levelle's a man; right?

6      A.    Yes.

7      Q.    In May of, well, how tall are you?

8      A.    Five-six or five-seven.

9      Q.    Okay.  And how much did you weigh in May of

10     2004, ballpark?

11     A.    I don't step on the scale that much.

12     Q.    Okay.  How much do you weigh now,

13     relatively?

14     A.    About 200 pounds.

15     Q.    Okay.  Did you weigh significantly less or

16     more in May of 2004?

17     A.    Maybe less.

18     Q.    How much less?

19     A.    I wouldn't know because I don't step on the

20     scale.

21     Q.    More than 50 pounds less?

22     A.    No.

Ekanem H. Udoh

January 27, 2006

Vienna, VA

118

1      Q.    More than 30 pounds less?

2      A.    Maybe 20.

3      Q.    Okay.  So you put on 20 pounds in the last

4   year and a half?

5      A.    Maybe less than that.  I don't know.

6      Q.    So you were at least 180 pounds in May of

7   2004.  Is that right?  Maybe more?

8      A.    Maybe more.

9      Q.    Okay.  How tall is Wanda Paz?

10     A.    I don't know her height.

11     Q.    Is she shorter than you?

12     A.    Yes.

13     Q.    Significantly?

14     A.    What do you mean by significantly?

15     Q.    At least three or four inches shorter than

16  you?

17     A.    Maybe.

18     Q.    Okay.  She weighs less than you do?

19     A.    I don't know.

20     Q.    Do you think she might weigh 180 pounds?

21  Well, in May of 2004, do you think she weighed the

22  same thing you weighed, three or four inches shorter

Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

134

1    terminated?

2        A.    I was only asked what I saw.  I didn't know

3    all the details.

4        Q.    Okay.  Sitting here today, do you have any

5    idea why Tony Cyrus was terminated or what led to his

6    termination?

7        A.    I do not know.

8        Q.    Okay.  Do you know somebody named Jose

9    Navarro?

10       A.    No.

11       Q.    Do you have any idea why Jose Navarro was

12   terminated from TCMA?

13       A.    I don't know.

14       Q.    Do you know somebody named Miguel Kelley?

15       A.    No, I don't.

16       Q.    Do you have any idea why Miguel Kelley was

17   terminated from TCMA?

18       A.    I don't know.  You see all these names,

19   maybe if I see the person physically, I may know.  But

20   to know them, the names that you have read to me, I do

21   not know.

22       Q.    Okay.  Do you know a woman named Desta

Ekanem H. Udoh                                    January 27, 2006
                        Vienna, VA

                                                              135

1    Menassie?

2              MS. REGNER SICKEL:   Menassie.

3         Q.   Menassie, Desta Menassie?

4         A.   No.

5         Q.   Do you know why she was terminated?

6         A.   I have no idea.

7         Q.   Okay.  Do you know somebody named Solomon

8    Seifu?

9         A.   No.

10        Q.   Do you know why he was terminated?

11        A.   I have no idea.

12        Q.   Do you know somebody named Charles

13   Carethers?

14        A.   No.

15        Q.   Do you know why he was terminated?

16        A.   I have if no idea.

17        Q.   Okay.  Do you have any idea how old David

18   Okon is?

19        A.   I don't know.

20        Q.   Do you know David Okon's national origin?

21        A.   Yes.  I do know.

22        Q.   What national origin?

Ekanem H. Udoh                                    January 27, 2006
Vienna, VA

141

1    UNITED STATES OF AMERICA    )

2                                        ss:

3    COMMONWEALTH OF VIRGINIA    )

4

5            I, EKANEM UDOH, the witness

6    herein, having read the foregoing testimony of the

7    pages of this deposition do hereby certify it

8    to be a true and correct transcript, subject to the

9    corrections, if any, shown on the attached page.

10                        -   -   -

11

12

13                        _____

14                        EKANEM UDOH

15

16    Subscribed and sworn to before me

17    this _____day of_____, 200__

18    _____.

19

20

21

22

```
 1                    C E R T I F I C A T E

 2      UNITED STATES OF AMERICA   )

 3                                         ss:

 4      COMMONWEALTH OF VIRGINIA   )

 5

 6                  I, ELIZABETH MINGIONE, Notary Public

 7      within and for the Commonwealth of Virginia do

 8      hereby certify:

 9                  That the witness whose deposition is

10      hereinbefore set forth, was duly sworn and that

11      the within transcript is a true record of the

12      testimony given by such witness.

13                  I further certify that I am not

14      related to any of the parties to this action by

15      blood or marriage and that I am in no way

16      interested in the outcome of this matter.

17                  IN WITNESS WHEREOF, I have hereunto

18      set my hand this _____day of_____, 20____.

19

20      _____

21      My Commission Expires:

22      May 31, 2007

23

24

25
```

# Trade Center Management Associates

## EMPLOYEE DISCIPLINE FORM

VERBAL____    WRITTEN____    SUSPENSION _X_    OTHER____

EMPLOYEE'S NAME: _Ekanem Udoh_    DATE: _5/26/04_

DATE(S) OF INCIDENT/VIOLATION: _5/26/04_    DEPARTMENT: _EVENTS_

Briefly describe the events leading to the discipline, including the employee's conduct/failure to act, dates and relevant Company rules, polices or procedures. (Attach additional sheet(s) if necessary.) _On Wednesday, 5/26/04 around 9:30 am, Ekanem was missing a cart from his work area. He located the cart in the B3 restroom with another employee, Wanda Paz. Ekanem asked for the cart, but Wanda did not let go. Ekanem physically removed Wanda's hands from the cart._

Identify any previous disciplinary action employee has received._____

_____

_____

Describe corrective action required, including time limits, and consequences of future misconduct, infractions or failures.

_Ekanem is suspended pending the investigation of the incident. This is a violation of our code of conduct._

_____

Employee Comments:_____

_____

_____

Manager's Signature

Employee's Signature**

Date _5/26/04_

Date _5/26/04_

EXHIBIT

_UDOH_
_Jan. 27, 2006_

Witness' Signature    Date

**PROVIDE A COPY OF THIS FORM TO THE EMPLOYEE AND SEND THE ORIGINAL TO THE HUMAN RESOURCES DEPARTMENT FOR PLACEMENT IN THE EMPLOYEE'S PERSONNEL FILE**

** If the employee refuses to sign this form, it should be so noted by the Manager

TCMA-0021

On May 26th 04, I was assigned coffee breaks at Atrium Hall. I had a cart which enabled me to move equipment and supplies. While attending to the guests in the Hall, I left the cart in the back of the Hall with intention to continue using it for the day.

About 9:30 AM, I went for the cart to prepare for 10:00 Am break and the cart was taken. I called Alvin to find out if he had the cart and he said no. He informed me that Wanda took the cart and he had questioned her why she took the cart. She responded "don't worry about it".

I rushed to B2 level and found Wanda taking off linen and BED's from the cart. I asked her to release the cart because I had a break that was due at 10:00 Am. As I was leaving with the cart, Wanda pulled the cart over held on to it. I did not want to pull the cart because she might fall and hurt herself. I left to look for her supervisor and was unable to locate one at that moment. I went back and asked her to take her hand off the cart but she insisted. It was then I touched her hand to let go the cart.

When I was putting the linen back on the cart Walter came with her and asked me what took place. I explained to him what I have already stated above and he said "go with the cart". And I said to Wanda you are still my friend by touching her hand. I left with the thought that the matter was over. I did inform my supervisor about my experience.

EKANEM Udoh
5/26/04

TCMA-0022



# RONALD REAGAN BUILDING AND INTERNATIONAL TRADE CENTER

**Attachment to Employee Discipline form**
**Ekanem Udoh**
**May 28, 2004**

An investigation was conducted into the allegations that you engaged in inappropriate behavior/conduct inconsistent with Trade Center Management Associates' policies governing behavior in the workplace. Our investigation included discussions with you, the employee who reported the conduct and witnesses identified during the investigation.

As you know, Trade Center Management Associates is committed to maintaining an environment free of inappropriate behavior/conduct based upon sex, race or any other protected status.

Based upon the facts revealed during our investigation, we have concluded that you engaged in behavior/conduct that was inappropriate and constituted a violation of Trade Center Management Associates' policies. You acknowledged physically removing another employee's hand from a cart. This behavior is not appropriate in the workplace.

As a result of your inappropriate behavior/conduct, effective today, May 28, 2004, your employment with Trade Center Management Associates is terminated.

EMPLOYEE READ STATEMENT, BUT DID NOT WANT TO SIGN IT
_____
Employee Signature/Date

_~~(signature)~~_ 5/28/04
_____
Vice President Signature/Date

_~~(signature)~~_ 5/28/04
_____
Witness Signature/Date

TCMA-0023