## **DECLARATION OF WANDA PAZ**

1. My name is Wanda Paz. I am over 18 years of age and have personal knowledge of the facts contained in this declaration.

2. I have been employed by Trade Center Management Associates at the Ronald Reagan Building and International Trade Center in Washington, D.C. since October 2001. On May 26, 2004, I was at work in the Ronald Reagan Building. Ekanem Udoh was my co-worker. Around 9:30 a.m., I was working on the B2 level using a banquet cart. Mr. Udoh came up to me and wanted the cart I was using. I told him that I needed the cart and did not want him to take it.

3. Mr. Udoh raised his voice and shouted curses at me. I was holding onto the cart with one hand. Mr. Udoh grabbed and twisted my arm so I would let go of the cart. I was shocked, and my arm hurt very much. Mr. Udoh grabbed my arm very hard, and my arm had bruises on it from Mr. Udoh.

4. I reported Mr. Udoh to my supervisors. Later that day, I gave a written statement to Human Resources explaining what Mr. Udoh did to me and the pain and embarrassment he caused me.

5. I went to the hospital due the injuries Mr. Udoh caused me. I missed work for several days, and I was on light duty for several more days. I also wore a splint on my wrist for two or three months, following my doctor's instructions.

6. I am five feet tall. In May 2004, I weighed about 145 pounds. Mr. Udoh is much bigger and heavier than I am and also much stronger than I am. This is one of the reasons I was so scared when he screamed at me and twisted my arm.

7.  In 2002, I was injured when David Okon and I both had our hands on a cart at the same time. There was some pulling of the cart, and I slipped and hurt my knee. My knee hurt badly, and I reported the injury to Human Resources. The rule at work is that we must report all injuries as soon as they happen.

8.  I did not think Mr. Okon meant to hurt me, and Mr. Okon never touched me. I did not complain to Human Resources about Mr. Okon. I just reported my injury. I did not tell anyone that Mr. Okon hurt me or threatened me because that is not what happened.

9.  I have also never made any complaints to anyone at work about Antoine Banks.

I, Wanda Paz, swear under a penalty of perjury of the laws of the United States that the foregoing 9 numbered paragraphs are true and correct.

06-06-06
Date

_Wanda Paz_
Wanda Paz