UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------

EKANEM H. UDOH,

      Plaintiff,

      v.                          Case No. 1:05CV01642(PLF)

TRADE CENTER MANAGEMENT
ASSOCIATES

      Defendant.

---------------------------------------------------

### JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT AND REPLY BRIEFS

      Plaintiff seeks an extension of time to file his opposition to the Defendant's Motion for Summary Judgment. Plaintiff's opposition is currently due on July 6, 2006. He is seeking to Friday, July 14, 2006 to file his opposition and notes that the reason that he needs the extension is that he had two other opposition briefs due last week which kept him from working on the current brief.

      Defendant's counsel joins in the request so long as he can be given until August 4, 2006 to file his reply brief. Defense counsel has a preplanned vacation at the end of July. If plaintiff is granted the extension sought, defense counsel will not be able to file a reply brief before August 4, 2006. An appropriate Order has been attached.

1

Respectfully submitted,


\_\_\_\_\_/s/_____

James L. Kestell   DC 955310
Michael P. Deeds DC 466815
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046-3510
(703) 237-2912



\_\_\_\_\_/s/_____
John M. Remy
JACKSON LEWIS LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
(703) 821-2189
(703) 821-2267 (fax)
remyj@jacksonlewis.com

2