UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

EKANEM H. UDOH,

    Plaintiff,

v.                        Case No. 1:05CV01642(PLF)

TRADE CENTER MANAGEMENT
ASSOCIATES

    Defendant.

---

ORDER

The parties seek an extension to file opposition and reply briefs in the above referenced case. Plaintiff seeks till Friday July 14, 2006 to file his opposition to Defendant's Motion for Summary Judgment. Defendant requests till Friday August 4, 2006 to file his reply brief.

Since the motion is a joint motion and there does not appear to be any opposition and the parties have offered good reasons for the need for additional time,

It is hereby ordered that the motion is hereby,

                                  GRANTED/ DENIED

                                  ---------------------------------------------
                                  U.S. District Judge