UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

--------------------------------------------------

EKANEM H. UDOH,

       Plaintiff,

       v.                                  Case No. 1:05CV01642(PLF)

TRADE CENTER MANAGEMENT
ASSOCIATES

       Defendant.

--------------------------------------------------

PLAINTIFF'S CONSENT MOTION FOR ONE BUSINESS DAY
EXTENSION OF TIME TO FILE HIS OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

       Plaintiff seeks an additional one day extension of time to file his opposition to the Defendant's Motion for Summary Judgment.   Plaintiff's opposition is currently due on July 14, 2006.  He is seeking to Monday, July 17, 2006 to file his opposition and notes that the reason that he needs the extension is that he had a breakdown of his computer/printer that took the past two days to repair.   Although undersigned still hoped to complete the opposition on time, it now appears to be difficult; hence the extension request.

       Defendant's counsel was contacted and states that he will not object to the one day extension.   An appropriate Order has been attached.

Respectfully submitted,

/s/

James L. Kestell   DC 955310
Kestell & Associates
209 Midvale Street
Falls Church, VA 22046-3510
(703) 237-2912