UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

EKANEM H. UDOH,

    Plaintiff,

v.                                                    Case No. 1:05CV01642(PLF)

TRADE CENTER MANAGEMENT
ASSOCIATES

    Defendant.

---

## ORDER

Plaintiff seeks a one business day extension till Monday, July 17, 2006 to file his opposition to Defendant's motion for summary judgment and offers as a supporting reason that he had a breakdown of his computer/printer for the past two days that delayed the completion of the opposition.   Plaintiff represents that his extension request is unopposed.

IT IS HEREBY ORDERED that Plaintiff's extension request is hereby GRANTED/DENIED.

-----------------------------------------------
US District Judge