### Statement of David Okon

David Okon, is a 34 year old African American male of Nigerian descent, who was employed with International Trade Center Associates from 1998 to 2001. Around 2001, Okon started working as a contractor International Trade Center Associates and was subsequently terminated in 2005.

Okon had a physical altercation with Ms. Wanda Paz himself in 2003 or 2004. Okon went to the kitchen to get a cart when he saw an empty cart sitting in the dish-room. When he left the dish-room, Paz grabbed the cart and said it was her cart and Okon could not remove it from the dish-room. Okon said that he would bring it right back and Paz agreed to let him take the cart temporarily. When Okon proceeded to take the cart upstairs, he saw Paz slip on her wet shoes (the dish-room is wet) and fall on one knee. When Okon inquired whether she was alright, she said she was fine and they both went back to work.

Don Shapiro, VP of Operations, called Okon 2 or 3 hours after the incident and asked what happened between Okon and Paz. Shapiro asked if Okon "pushed Wanda." Paz told Shapiro that because of Okon's push, she was seriously injured, had to be taken to the hospital and would have to be out of work for a couple of weeks. Okon explained that he was 280 lbs and would not push a small woman because he knew that could cause serious injury. Shapiro said that he just wanted to hear Okon's side of the story. Okon was not disciplined in any manner for his altercation with Paz.

Okon talked to Antoine Banks, African American male in his 30s, who was Paz's Manager in the Steward's department about the altercation with Paz. Banks commented that "I heard what Wanda did to you." Paz had previously placed a complaint against Banks as well. Paz said Banks used a racial slur in reference to her. However, when human resources looked into the matter, a witness said that Banks never used the slur and Banks was not disciplined.

Okon believes that there were other incidents between Paz and other employees but does not recall the specifics.

Between 4 and 5 years ago, Banks had a physical fight with an employee named Kahn (Asian American). However, neither Banks nor Kahn were suspended or terminated for the fight. Banks was in fact promoted shortly after the fight to a position that Banks and Okon were both considered for. Kahn is still an employee at the company.

Okon also heard of an altercation between 2 female employees in the linen room. Maria (Latino) and Mary (African American) got into a physical altercation and they both came out of it with bruises and scratches. The women were in their mid to late 40s. They were not disciplined for this fight as far as Okon is aware.

Witness' contact:
Cell (202) 316-4218
Home (202) 316-9501

**KESTELL & ASSOCIATES**
Attorneys and Counselors at Law

I have carefully read the above description of what I observed while employed by International Trade Center Associates and swear that it is true and correct under penalty of perjury.

_____ 3/30/06
David Okom    (date)