UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**EKANEM H. UDOH,**

    **Plaintiff,**

    v.                            Case No. 1:05CV01642(PLF)

**TRADE CENTER MANAGEMENT ASSOCIATES**

    **Defendant.**

_____

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment; the support thereof and the Opposition thereto;

IT IS HEREBY ORDERED that the motion should be and is hereby Denied;

SO ORDERED this _____ day of _____, 2006.

_____
US District Judge

cc:   James L. Kestell   DC 955310
      Kestell & Associates
      209 Midvale Street
      Falls Church, VA 22046-3510


      John M. Remy
      Michael N. Petkovich
      Jackson Lewis LLP
      8614 Westwood Center Drive, Suite 950
      Vienna, VA 22182