Ekekiel Okon                                    May 9, 2006

Washington, DC

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


------------------------------x

EKANEM H. UDOH,                    :

          Plaintiff,               :

          v.                       :  Case No. 1:05CV01642

                                   :

TRADE CENTER MANAGEMENT            :

ASSOCIATES,                        :

          Defendant.               :

------------------------------x

                    May 9, 2006

Deposition of EZEKIEL D. OKON a witness herein,

called for examination by counsel for Defendant

in the above-entitled matter, pursuant to notice

and agreement of counsel, commencing at 9:45 a.m.,

at Kestell & Associates, 1012 14th Street, N.W.,

Suite 630, Washington, D.C., before RYAN C. JACKSON,

CSR, Notary Public in and for the District of

Columbia, when were present on behalf of the

respective parties:

Ekekiel Okon                                                    May 9, 2006

Washington, DC

8

1       A       To some extent, yes.

2       Q       That means there's a law that says you need

3   to tell the truth to the best of your ability and you

4   can't knowingly give false testimony.

5       A       That's what I'm here to do.

6       Q       It's the same thing as if you were in court

7   testifying in front of a judge and a jury.

8       A       Okay.

9       Q       Okay?

10      A       Okay.

11      Q       Mr. Okon, I understand that for a period of

12  time you worked for Trade Center Management

13  Associates at the Ronald Reagan Building; is that

14  right?

15      A       That's right.

16      Q       But at some period in time you left Trade

17  Center Management and went to work for a company

18  called ServUS; is that right?

19      A       That's correct.

20      Q       Was that in 2001 around that time that you

21  left Trade Center Management and went to ServUS?

22      A       I'm not exactly sure of the actual date

Ekekiel Okon                                    May 9, 2006

Washington, DC

9

1    but, yeah, it is.

2         Q    Around 2001?

3         A    Around 2001, yes.

4         Q    And then have you recently left ServUS?

5         A    Yes.

6         Q    Okay.  When did you leave ServUS?

7         A    I left ServUS I believe it was in February

8    of last year.

9         Q    2005?

10        A    Correct.

11        Q    Why did you leave ServUS?

12        A    Why I left ServUS?

13        Q    Let me ask you this.  Were you terminated

14   or --

15        A    Yes.

16        Q    -- or did you voluntarily resign?

17        A    I was terminated.

18        Q    Now, ServUS is a separate company from

19   Trade Center Management; is that right?

20        A    Yeah, I guess.  I'm not -- I'm not sure of

21   the setup but I believe it is.

22        Q    You're not sure of the corporate setup but,

Ekekiel Okon                                                    May 9, 2006

Washington, DC

10

1    as far as you know, your understanding is it's a

2    separate company?

3        A    Yes, it is.

4        Q    When you were at ServUS, did you have a

5    supervisor?

6        A    Yes, I did.

7        Q    And that supervisor was employed by ServUS?

8        A    That's correct.

9        Q    And did ServUS have like a Human Resources

10   department?

11       A    Not on-site.

12       Q    But off-site?

13       A    I don't know off-site either.  I'm not sure

14   of site.  I know the bulk of human resources related

15   work was done through the person that was like the

16   original director, but as far as a Human Resources

17   department, no, we did not.

18       Q    So just so I understand you right, the bulk

19   of the human resources work was done through ServUS's

20   regional director; is that right?

21       A    Yes.

22       Q    And did ServUS give you handbooks and other

Ekekiel Okon

May 9, 2006

Washington, DC

23

1    remember.  So it just came up in my head as, you

2    know, this is really why we're here now.  So, yeah.

3         Q    Now, was an incident in 2002 where Wanda

4    and you were talking about a cart and Wanda ended up

5    falling down; is that right?

6         A    Yes.

7         Q    Why don't you tell me what happened.  Did

8    you go looking for a cart or you had a cart?

9         A    Okay.  What happened.  The setup, first of

10   all, each department has its own cart.  TCMA buys a

11   cart, and ServUS buys a cart.  It's one of these

12   carts you use to carry stuff, drinks and stuff.

13        Q    Like a banquet cart?

14        A    Yes, a banquet cart.  We had that.  We had

15   ours.  TCMA had the same thing but it was all gray.

16   So noble knows whose is whose.  But we had ours

17   sprayed.

18             So I went downstairs to get a cart.  I got

19   the cart.  I talked to the supervisor that was done

20   there.  I say, can I borrow this cart and I'll bring

21   it back as soon as I'm done?  And they said yes.

22   Because the cart was inside the kitchen, the dish

Ekekiel Okon                                    May 9, 2006
                    Washington, DC

24

1    room.  So I pulled the cart pulling like this walking

2    (indicating).

3        Q    You said pulling the cart behind you?

4        A    Yes, I was pulling the cart behind me walk

5    so I'm walking looking this way and I'm pulling the

6    cart (indicating).  Ms. Wanda came out of God knows

7    where and grabbed the cart, I think it was in the

8    dish room, grabs the cart and said, "This is my

9    cart."  I said, "Okay.  I already asked if I can use

10   it.  I'm only using it about five minutes.  I will

11   bring it back."  She said, "It's my cart.  It's my

12   cart."  I said, "Yes, I know.  I know it's your cart.

13   I'm not saying it is not your cart.  I will bring it

14   back once I'm done.  I just need to use it to bring

15   some glasses down to the dish room and you can have

16   it back."

17            She held it.  I still had my hand on the

18   cart.  So she held it.  So she let go, and I went to

19   walk away, she turned around to walk away, and her

20   shoes, she just came out of the dish room and the

21   floor was wet all over the place, she slipped and she

22   went down on one knee.  I turned around, I saw her.

25

1    "Are you okay?"  "Yes."  "Are you okay?"  "Yes."

2    "Okay."  I walked away.

3            I saw her upstairs again in the cafeteria.

4    "Are you sure you're okay?"  She said, "Yes."  I left

5    her like that until about 45, an hour later I got a

6    call from my director saying, "What happened?"  And I

7    was like, "What do you mean what happened?"  He said,

8    "You know, somebody said you pulled a cart and you

9    made them fall."  I said, "No, that's not what

10   happened."  So he said, "Listen, what I need you to

11   do right now is write down exactly what happened,"

12   which I did.

13           He suggested that I go and see Don.  I went

14   to see Don.  Don asked me what happened.  I explained

15   to him what happened.  And after I explained to him

16   he said, "Okay.  Don't worry about it.  You can go

17   back to work."  And that was the end of it.

18      Q    Okay.  Was there any other witness to this

19   other than --

20      A    There were a couple of people in the dish

21   room; and after the incident happened, I had a couple

22   of people come to me and say, you know, she does

Ekekiel Okon                                    May 9, 2006
                      Washington, DC

27

1      Q     Did you ever see any written statements

2   that Wanda Paz gave Don Shapiro or TCMA about this

3   incident?

4      A     No, sir.  Like I said, once I wrote my

5   statement down, gave it to Don, I was a little bit

6   perturbed by it and he said, you know, don't worry

7   about it, you know, and I left and he said don't

8   worry about it.

9      Q     And is it fair to say that you don't know

10  what Wanda told Don or anyone else at TCMA?

11     A     Very fair.

12     Q     So you don't know whether Wanda told the

13  truth or a lie when she told TCMA what happened?

14     A     I only heard verbally but I didn't see what

15  was written so of course I don't know if she told the

16  truth or not.

17     Q     You don't know whether she told the truth?

18     A     No.

19     Q     All you know is that somebody said go talk

20  to Don about it?

21     A     Yes.

22     Q     And you told Don what happened?

Ekekiel Okon                                    May 9, 2006
Washington, DC

28

1     A     Yes, and I wrote it down also.

2     Q     So you don't know whether Wanda complained

3  that you did anything wrong or not?

4     A     No.

5     Q     And after you told Don the truth about what

6  happened, it was over; is that right?

7     A     Yes.

8     Q     And you never put your hands on Wanda Paz?

9     A     No, sir.

10     Q     And you don't know if she told anyone that

11  you put your hands on her?

12     A     No, sir.

13     Q     You don't know if she told anyone that it

14  was your fault that she fell?

15     A     No, sir.

16     Q     And as a matter of fact, no one ever

17  disciplined you or tried to discipline you claiming

18  that it was your fault; is that right?

19     A     That was once I spoke to Don, gave him the

20  letter that I wrote -- I mean my statement, I never

21  heard anything about it since then until actually

22  now.

Ekekiel Okon                                                    May 9, 2006
                          Washington, DC

                                                                        40

1      A    Yes.

2      Q    That's your name at the bottom?

3      A    Yes.

4      Q    And you wrote it on --

5      A    On 08-28, correct.

6      Q    -- 08-28-2002?

7      A    Correct.

8      Q    Count down 13 or 14 lines to the line that

9    starts with the word "Jose."

10      A    "Jose."  Okay.

11      Q    I'm going to read it, and you tell me if

12   I'm reading it correctly.  "Jose got involved by

13   stating that as long as she had the cart first the

14   she has the right to keep it."

15      A    Okay.

16      Q    You wrote that, right?

17      A    I did.

18      Q    So I understand this was almost four years

19   ago.

20      A    Exactly.

21      Q    Is it possible that at some point during

22   the conversation Jose said something to you like let

Ekekiel Okon                                          May 9, 2006
                    Washington, DC

                                                            45

1          **A      Exactly, I don't know.**

2          Q      Is it fair to say that you have no personal

3    knowledge of Wanda Paz ever lying to TCMA Management,

4    yes or no?

5          **A      No.**

6          Q      No what?

7          **A      No, I don't know if she lied or not.**

8          Q      You don't know if she lied or not?

9          **A      No.**

10         Q      So it's fair to say that you don't know if

11   she lied?

12         **A      No.**

13         Q      I guess I'm getting confused by you saying

14   "no."

15         **A      No, I don't know if she lied, I don't know**

16   **personally if she lied to TCMA about any of these**

17   **cases.**

18         Q      Okay.  Fair enough.

19         **A      Okay.**

20         Q      Your race is black; is that right?

21         **A      Correct.**

22         Q      And your national origin is Nigeria?

Ekekiel Okon                                        May 9, 2006

Washington, DC

46

1       A       Correct.

2       Q       And that's the same race and national

3   origin as --

4       A       EK.

5       Q       -- EK Udoh?

6       A       Yes.

7       Q       Your sex is obviously male.

8       A       Yes.

9       Q       What's your date of birth?

10      A       04-29-70.

11      Q       April 29, 1970?

12      A       Correct.

13      Q       Looking back at Exhibit 2 for a moment.

14      A       Yes.

15      Q       When you wrote this statement, you were

16  being truthful?

17      A       Yes.

18      Q       And this statement accurately describes

19  your version of the events with Wanda Paz?

20      A       Yes.

21      Q       In about the seventh or eighth line you

22  refer to the dish room ladies, one of the dish room

Ekekiel Okon                                                    May 9, 2006
                         Washington, DC

48

1    **when it was typed.**

2       Q    You were in Mr. Kestell's office when it

3    was typed?

4       **A    Yes.**

5       Q    And who provided the information contained

6    in this statement?

7       **A    I did.**

8       Q    And did you read the statement before you

9    signed it?

10      **A    Yes, I did.**

11      Q    Carefully?

12      **A    Yes.**

13      Q    Let's just start at the beginning.  You

14   write, "David Okon is a 34-year-old African-American

15   male, Nigerian dissent, who was employed with

16   International Trade Center Associates from 1998 to

17   2001."  Do you see that?

18      **A    Yes.**

19      Q    By "International Trade Center Associates"

20   do you mean Trade Center Management Associates?

21      **A    Correct.**

22      Q    TCMA?

Ekekiel Okon                                        May 9, 2006

Washington, DC

68

1    and she spoke to me because, you know, she needs to

2    get her word across to Sharon on whoever was in

3    charge because she wasn't doing what she was supposed

4    to do and Marilyn would talk to me because she felt

5    like because I was African maybe I could talk to the

6    other lady.

7            So the whole fight situation I didn't

8    really find out until after, of course, after it

9    happened.  So I mean, like the specifics did I know

10   exactly before you asked me did I know exactly what

11   happened?  No.  I'm just going by what the two of

12   them told me, that's it.

13       Q    And this woman's name, the African lady, is

14   Marilyn Johnson?

15       A    I don't recall her last name but I know it

16   was Marilyn, yes.

17       Q    And where in Africa was she from?  Was she

18   Nigerian?

19       A    No, she wasn't Nigerian.  I believe that

20   they was either Liberian or Cameroon.  I'm not

21   exactly sure.

22       Q    But you're sure she was from Africa?

Ekekiel Okon

May 9, 2006

Washington, DC

69

1       A       I'm very positive she was from Africa.

2       Q       Once again, you don't really know any

3  personal knowledge what happened between them?

4       A       No.

5       Q       And other than the fact that they didn't

6  like each other and it came to a boiling point, you

7  don't remember the specifics of what they told you

8  about the altercation?

9       A       No.

10      Q       And you didn't see any bruises or scratches

11 on anybody?

12      A       No, I don't recall seeing the bruises.

13 Now, if I did, it's one thing, but I don't recall if

14 I saw it or not.

15      Q       And you don't know what either of them or

16 anyone else told TCMA Management about the incident?

17      A       No, I don't.

18      Q       How long have you known EK Udoh?

19      A       Till today?  Are you talking about till

20 today?

21      Q       Yeah, until today.

22      A       Since '98.

```
 1    UNITED STATES OF AMERICA  )

 2                                    ss:

 3    DISTRICT OF COLUMBIA          )

 4              I, RYAN JACKSON, a Notary Public within

 5    and for the District of Columbia, do hereby certify

 6    that the witness whose deposition is hereinbefore set

 7    forth was duly sworn and that the within transcript is

 8    a true record of the testimony given by such witness.

 9              I further certify that I am not related to

10    any of the parties to this action by blood or marriage

11    and that I am in no way interested in the outcome of

12    this matter.

13              IN WITNESS WHEREOF, I have hereunto set my

14    hand this ____9th____day of ___May___, 200_6_.

15

16

17    _____

18                    RYAN JACKSON

19    My Commission Expires:

20    January 14, 2007

21

22
```

Henderson Legal Services
(202) 220-4158

08-28-2002.

Around 6:00PM I went to the kitchen to look for a cart, when I got to the kitchen I walked into the dishroom and found a cart with Convention Services stamped on it, so I took it, since no one was using it. As I left out of the Dishroom, halfway into the Kitchen, I was called by one of the dishroom ladies. ~~and she~~ she proceeded to inform me that the cart I was taking was her's. So I said to her that it belonged to c/s and that I needed to use it. So at this point Jose got involved by stating that as long as she ~~took~~ had the cart first the she has the right to keep it. So at this point I said to him that I needed to use it and that it has c/s stamped on it. So at this point she held on ~~the~~ to the cart and she was holding the cart she slipped and feel on her knees. I then asked her if she was OK? And she said yes. And I left the kitchen.



Okon
EXHIBIT NO. 2
5-9-06   RCJ

Ezekiel D. Okon
08-28-2002.

TCMA - 0267