UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

EKANEM H. UDOH,

    Plaintiff,

    v.                                  Case No. 1:05CV01642(PLF)

TRADE CENTER MANAGEMENT
ASSOCIATES

    Defendant.

---

## PLAINTIFF'S NOTICE OF FILING

Plaintiff hereby substitutes the attached more readable version of the Declaration of David Okon for that previously filed with plaintiff's Opposition to Defendant's Motion for Summary Judgment.

                                                  Respectfully submitted,

                                                  _____/s/James L. Kestell_____
                                                  James L. Kestell   DC 955310
                                                  Michael P. Deeds DC 466815
                                                  Kestell & Associates
                                                  209 Midvale Street
                                                  Falls Church, VA 22046-3510
                                                  (703) 237-2912