UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EKANEM H. UDOH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV01642 (PLF) |
| | ) |
| TRADE CENTER MANAGEMENT ASSOCIATES | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S FILING OF REDACTED EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's February 9, 2007 Order, defendant Trade Center Management Associates ("TCMA"), by its attorneys, hereby files the attached redacted exhibits. These exhibits were initially submitted in support of TCMA's motion for summary judgment to demonstrate certain relevant information about TCMA employees.

TCMA has redacted the required information from the exhibits noted in the Court's February 9 Order. In addition, TCMA has reviewed the remaining exhibits and redacted information from those exhibits as appropriate. Overall, the following redacted documents are being re-filed herewith:

| Document | Def's Exh. No. |
|---|---|
| 16-7 | Exh. 2 |
| 16-8 | Exh. 3 |
| 16-10 | Exh. 5 |
| 16-11 | Exh. 6 |
| 16-12 | Exh. 7 |
| 16-13 | Exh. 8 |
| 16-14 | Exh. 9 |
| 16-15 | Exh. 10 |

Respectfully submitted,

**Trade Center Management Associates**

By: _____/s/_____
John M. Remy (D.C. Bar No. 461244)
Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
*Counsel for Defendant*