Statement by:
I was working when I saw Ekanem saying profound words, very loud. I saw him twist her(name ) arm. He pushed her.

Statement by:
I'm                          . I saw Ekanem come in the dishroom. I heard him say in a loud tone voice over a car. "You don't that my cart"

Statement by:
My name is                    I was loading plates into the dishwasher, when I saw the discussion between Ekanem and Wanda. I stopped doing my work to see what was happening. He was screaming very loudly and he grabbed her arm strongly and twisted, and he pushed her away.

Statement by:
I was working in the dishroom when I hear someone speaking so loud. I did not understand what he said but I saw him the name how I knew him is EK. He was so angry, and he was taking a cart from Wanda's hand and he took her hand from the cart and he did something like when someone pull out or for the cart and he was in front of her like a big man or like when somebody wants to fight.
It was 5/26/04 about 10am in the dishroom.

Statement by:


I witnessed the situation around 10am in the B2 silver room. I saw EK insult Ms Wanda, and I also saw him take the cart from her forcefully when it was very unnecessary. I am mad at the situation because it is not the first time that it happened.

5/26/04 hora 10. n u

llo estava alli eran el la impu
Jo y le dijo palabras muy atos
muy agresitos y le Retorcio la mano
                                    feer Guevara

Luis Guevara

- La empujo
- ya la la agarro de la p
- le torcio la mano.

- Le gritaba.

TCMA-0014

To Whom it may Concern,

I'm Evangeline Henderson
saw E.B. come in dishroom
loud Tone voice over a cart,
you don't That my cart.

Stewarding
Department
Evangeline Henderson

TCMA-0015

5-26-04

mi nombre Es franKlln Ramos
yo Estaba firando platos En La maquina
Cuando Vi La Disevcion entonces Deje
de tirar Para ber lo que pasaba.
El Legrito muy fuerte y Le quito Afuerza
El carro. Le torcio La mano se lo agaró y se
La tiro con fuerza: Estodo lo que Vi..

⊛ Le quito el carro a la fuerza..

TCMA-0016

I was working in the dish room when I hear someone speaking so loud I did not hunderstand what he said but I sow him the name how I know him is EK he was so Angry and he was taking a car from Wanda's hand and he took her hand from the car and he did something like when someone pull out or for of the car and he was in from of her like bigman or like when smebory want to Figh

Enrique D. Robles.

it was 5/26/H about 10:00 AM. in the dishroom.

ELISEO GUEVARA.

ASUNTO : AGRECIÓN VERBAL Y FÍSICA

YO ELISEO GUEVARA fui TESTIGO A LAS 10 AM
EN EL PISO 2B SALA DE LAVADO de platos.
COMO EL SEÑOR E.K INSULTAVA A LA SEÑORA
WANDA y LE ARREBATAVA UN CARRO POR LA
FUERZA MOTIVO POR EL CUAL NO ERA NECESARIO
ASERLO, TAMBIEN SE dejo NOTAR LA superioridad
de SÓ trabajo con lo que ELLA ASIA EN EL
MOMENTO, todos los SENTIMOS MUY molesto
que se don esos casos que solamente traen.
pooblemas y no es LA primera VEZ que eso
sucede.

        Atentamente   su   servitor

May 26, 2004

Idalia Velazquez.

Wanda was looking for an empty table cart, when she found one EK went very violent screaming at her, snatching the table cart, grabbing her and twisting her hand, very hard and pushing her also.
EK turned back at me insulting me and treating me very bad.
EK was also screaming "where is the supervisor, you know and you don't want to tell me".

TCMA-0019

05/26/04

Idalia Velazquez

Wonda fue a buscar una mesa que
estaba bacia; al rato fue Ek
a arrebatarcela y a gritarle
muy biolentamente retorciendole
la mano con mucha fuerza y
la empujo.
- Ek regreso donde mi insultandome
y tratandome mal.

Ek "El Supervisor donde esta con alta
voz" q. Tu sabes no me ferreras
decir."

TCMA-0020

**From:** CN=Paul Grant/O=UrbanRetail [mailto:CN=Paul Grant/O=UrbanRetail]
**Sent:** Friday, May 28, 2004 11:40 AM
**To:** Linda Regner; Grant, Paul; Drew, John E; Selfon, Bruce; john p drew
**Subject:** Re: TCMA- Employee Issue

Linda,
After a review of the facts it seems termination is appropiate.    Please do so today as you indicated in your v-mail
to me.     Any questions please feel free to call.

Paul C. Grant
Executive Vice President
Urban , Properties Co.
Main 617-236-0600
Fax   617-236-7918
Cell   202-345-5149

From: Linda Regner
Sent: 05/27/2004 03:47 PM
To: grantp@urbanretail.com; pgranttcma@aol.com; John.Drew@fmr.com;
surffish@ix.netcom.com; john.p.drew@fmr.com@UrbanRetail

Subject: TCMA- Employee Issue

TCMA-0228

1/13/2006