Form Receive Date: 

# Federal Protective Service

Expires: 10/01/2005
## Statement of Personal History for Contract and Childcare Personnel

NOTE: All contractor(s)/childcare personnel must complete all sections on form. If more space is needed for any item, continue under item 24. Failure to disclose any information may result in an unfavorable adjudication decision.

*(See Privacy Act and Public Reporting Burden statements on page 4.)*

| 1. SOCIAL SECURITY NUMBER | 2. TELEPHONE NUMBER | 3. DATE OF BIRTH |
|---|---|---|
| ▪▪▪-▪▪-4361 | (703) 379-4666 | ▪▪/▪▪/-53 |

**4. NAME DATA** *(Give your full name. Initials and abridgements are not acceptable)*

NAME (Last, first, middle): ORIHUELA JOSE HERMO

OTHER NAMES USED (Maiden name, names by former marriages, former name changed legally or otherwise, nicknames, etc. Specify which and show dates used.):

5. PLACE OF BIRTH (City/State, Country): LA PAZ-BOLIVIA

6. SEX: [X] MALE  [ ] FEMALE

7. HEIGHT: 5.5

8. WEIGHT: 170 lb.

9. COLOR EYES: black

10. COLOR HAIR: black

**11. MARITAL STATUS**
[ ] SINGLE  [ ] WIDOW(ER)  [X] MARRIED  [ ] DIVORCED

**12. IF MARRIED, WIDOWED OR DIVORCED, GIVE FULL NAME AND DATE AND PLACE OF BIRTH OF SPOUSE OR FORMER SPOUSE, AND DATE AND PLACE OF MARRIAGE. INCLUDING WIFE'S MAIDEN NAME** *(Give same information regarding all previous marriages.)*

MIRIAN GLADYS GALLO  DOB: ▪▪/▪▪/54  EL SALVADOR, CENTRAL AMERICA  DATE OF MARRIAGE: 4/8/1995 ARLINGTON, VA.

**13. RACE (Check one)**
[ ] A - Asian or Pacific, including Chinese, Japanese, Filipinos, Polynesians, Indonesians, and Asian Indians
[ ] I - American Indian or Alaskan Native, including Eskimos
[ ] B - Black
[X] H - Hispanic
[ ] W - White
[ ] O - Other

**14. DATES AND PLACES OF RESIDENCES** *(If actual places of Residence differ from the Mailing addresses, furnish and identify both by placing "R" (for residence) or "M" (for mailing) in column "R/M". Begin with present and go back (10) years. Continue in Item 24 if necessary.)*

| R/M | FROM | TO | NUMBER AND STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| R | 2003 | Present | 4520 KING ST. APT #402 | ALEXANDRIA | VA. | 22302 |
| R | 1994 | 2003 | 940 S. WAKEFIELD APT. #127 | ARLINGTON | VA | 22204 |

**15. CHECK**
[X] US CITIZEN

BY BIRTH: 
NATURALIZED (Complete A thru E): ✓
DERIVED (Complete F):

A - CERT. NO.: ▪▪▪▪▪▪▪
B - PETITION NO.: ▪▪▪▪▪▪▪
C - DATE: 11/25/1988
D - PLACE AND COURT: U.S. IMMIGRATION & NATURALIZATION ARLINGTON, VA.
E - U.S. PASSPORT NUMBER: ▪▪▪▪▪▪▪
F - PARENT'S CERTIFICATION NUMBERS:

[ ] ALIEN   REGISTRATION NO.   EXPIRATION DATE   DATE OF ENTRY   PORT OF ENTRY

FEDERAL PROTECTIVE SERVICE                                176T FPS FORM (REV. 10-04)

# JOB REQUISITION FORM

Today's Date: June 2, 2004            Date Needed: ASAP

Department: Event Operations         Position: 1st Tier Server

---

SHIFTS: Specify Shifts/Days Needed (i.e. – Mon. 11:00 a.m. to 7:00 p.m.)

Monday   All Day                     Friday     All Day

Tuesday _____ " _____                Saturday _____ " _____

Wednesday _____ " _____              Sunday _____ " _____

Thursday _____ " _____

Proposed Salary/Hourly Rate: $5.00 plus Gratuity   θ Per Year   X Per Hour

---

Please check one of the following in each category:   θ Exempt   X Non-Exempt

| Level of Experience | Status | Reason for Hiring |
|---|---|---|
| X Experience | X Full-time | θ Addition to Staff* |
| θ No Experience | θ Part-time | X Replacement of Staff Member: |
|  | θ On Call | Name of person new hire will replace: **Ekanem Udoh** |

*If Addition to Staff, specify reason:

---

**(Complete the information below or attach an up-to-date job description)**

Minimum Qualifications:
1. 3 years or more experience at a luxury hotel or property.
2. Experience in formal banquet dining service with concentration in fine dining etiquette and wine as well as coffee break.
3. Must be able to speak and understand English (verbal & written).
4. Must be able to carry 50 pounds.

Job Responsibilities:
    Please see job description

Obtain signatures, then forward to Human Resources

Department Manager _[signature]_        Date: 6/2/04

Vice President (applicable area) _[signature]_   Date: 6/2/04

Executive Vice President/COO _[signature]_  Date: 6/2/04
(Executive VP/COO signature required for addition to staff only.)

**Human Resources only**

Name of New Hire: JOSE ORIHUELA        Date of Hire: _____

Human Resources 2/01