
**RONALD REAGAN BUILDING AND INTERNATIONAL TRADE CENTER**

March 25, 2005

Mr. Jose Navarro-Guevara
8617 20th Ave
Hyattsville, MD 20783

Dear Jose:

On Thursday, March 17, 2005 you violated Trade Center Management Associates code of conduct by threatening another employee and behaving inappropriately in the workplace.

TCMA considers your behavior/conduct to be a serious offense. Therefore, effective today, Friday, March 25, 2005, your employment with TCMA is terminated.

If you have any questions, please contact me at (202) 312-1296.

Sincerely,

Linda Regner Sickel
Vice President, Human Resources

TCMA-0191

TCMA 646

Form Receive Date: ____

## Federal Protective Service

Expires: 10/01/2005
Statement of Personal History for Contract and Childcare Personnel

NOTE: All contractor(s)/childcare personnel must complete all sections on form. If more space is needed for any item, continue under item 24. Failure to disclose any information may result in an unfavorable adjudication decision.

*(See Privacy Act and Public Reporting Burden statements on page 4.)*

**1. SOCIAL SECURITY NUMBER:** ███-32▓▓ (-3297)
**2. TELEPHONE NUMBER:** (301) 434-1777
**3. DATE OF BIRTH:** ▓▓/▓▓/86

**4. NAME DATA** *(Give your full name. Initials and abridgements are not acceptable)*
NAME (Last, first, middle): Jose Luis Alberto NAVARRO-GUEVARA
OTHER NAMES USED: 

**5. PLACE OF BIRTH:** El Salvador
**6. SEX:** ☑ MALE  ☐ FEMALE
**7. HEIGHT:** 5-06
**8. WEIGHT:** 180
**9. COLOR EYES:** brown
**10. COLOR HAIR:** brown

**11. MARITAL STATUS:** ☑ SINGLE  ☐ WIDOW(ER)  ☐ MARRIED  ☐ DIVORCED

**12.** (blank)

**13. RACE (Check one):** ☑ H - Hispanic

**14. DATES AND PLACES OF RESIDENCES**

| R/M | FROM | TO | NUMBER AND STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
|  | 2002 | 2004 | 8617 20th Ave | Hyattsville | MD | 20783 |
|  | 1994 | 2002 | 1451 Park RD NW #518 | Whashington | DC | 20010 |

**15. CHECK:** ☐ US CITIZEN  ☑ ALIEN

BY BIRTH
NATURALIZED (Complete A thru E)
DERIVED (Complete F)

REGISTRATION NO.: ███████
EXPIRATION DATE: July 14 2005
DATE OF ENTRY: 1994
PORT OF ENTRY: Tucson, AZ

FEDERAL PROTECTIVE SERVICE                                176T FPS FORM (REV. 10-04)



