# TRADE CENTER MANAGEMENT ASSOCIATES

## EMPLOYEE COUNSELING/DISCIPLINE FORM

VERBAL ___    WRITTEN ___    SUSPENSION _X_    OTHER ___

EMPLOYEE'S NAME: __Miguel Kelly__    DATE: __9/28/05__

DATE(S) OF INCIDENT/VIOLATION: __9/28/05__    DEPARTMENT: __Stewarding__

Briefly describe the events leading to the discipline, including the employee's conduct/failure to act, dates and relevant Company rules, polices or procedures. (Attach additional sheet(s) if necessary.)

On Wednesday, September 28, 2005, Miguel had an altercation with a co-worker, Eliseo Guevara, regarding Eliseo's gloves. Miguel threatened Eliseo with physical harm. "I will mess you up"

Identify any previous disciplinary action employee has received. _____

Describe corrective action necessary, including any applicable time limits, and consequences of future misconduct, infractions or performance deficiencies.

This is a violation of our company policy, our code of conduct. Miguel is suspended pending an investigation of the incident.

Employee Comments: _____

__[signature]__    __9-28-05__
Manager's Signature    Date

__Miguel E. Kelly__    __9-28-05__
Employee's Signature*    Date

_____    _____
Witness' Signature    Date

TCMA-0213

*Employee's signature represents that the employee has received the form, but not necessarily represents agreement with its contents. If the employee refuses to sign this form, it should be so noted by the Manager and a Witness.

PLEASE PROVIDE A COPY OF THIS FORM TO THE EMPLOYEE AND SEND THE ORIGINAL TO THE HUMAN RESOURCES DEPARTMENT FOR PLACEMENT IN THE EMPLOYEE'S PERSONNEL FILE.

RONALD REAGAN BUILDING AND INTERNATIONAL TRADE CENTER

**Attachment to Employee Discipline form**
**Miguel Kelly**
**September 30, 2005**

An investigation was conducted into the allegation that you violated Trade Center Management's code of conduct by threatening another employee with physical harm. Our investigation included discussions with you and the co-workers who witnessed the incident.

Based upon the facts revealed during our investigation, and your written and verbal acknowledgement made to Linda Regner Sickel, Vice President, Human Resources, Don Shapiro, Vice President, Food and Beverage and Jorge Pabon, Executive Steward, you did threaten to hit Eliseo Guevara. We have concluded that you did threaten another employee with physical harm.

As a result of this violation of our code of conduct, effective today, September 30, 2005, your employment with Trade Center Management Associates is terminated.

Miguel E. Kelly 9-30-05
Employee Signature/Date

[signature] 9-30-05
Vice President Signature/Date

[signature] 9-30-05
Witness Signature/Date

THE RONALD REAGAN BUILDING
**The International Trade Center**
WASHINGTON D.C.

## PERSONNEL ACTION FORM (PAF)

| NATURE OF TRANSACTION | ☐ EMPLOYMENT ☐ PERSONAL DATA CHANGE | ☐ JOB CHANGE ☐ RATE CHANGE | ☒ SEPARATION (circled) | ☐ OTHER (EXPLAIN) _____ |
|---|---|---|---|---|

**BASIC INFORMATION ALL TRANSACTIONS**

NAME LAST: KELLY   FIRST: MIGUEL   MIDDLE: _____

ADDRESS: _____

CITY: _____   STATE: _____   ZIP: _____

SOC. SEC. NO.: _____   DOB: _____   HOME PHONE: _____

DEPARTMENT CODE #: _____   DATE OF HIRE: _____

DEPT. NAME: STEWARDING   JOB TITLE: UTILITY STEWARD

**EMPLOYMENT**

☐ EXEMPT ☐ NON-EXEMPT
☐ NEW HIRE ☐ REHIRE
ANNUAL SALARY _____   HOURLY RATE _____
☐ MALE ☐ FEMALE
☐ FULL TIME ☐ PART TIME ☐ ON CALL
BONUS ELIGIBLE: ☐ YES ☐ NO
☐ SINGLE ☐ MARRIED
BONUS ELIGIBLE: (%) _____

**PERSONAL DATA (CHANGE)**

☐ NAME ☐ ADDRESS ☐ PHONE ☐ MARITAL STATUS
EFFECTIVE DATE _____
FROM _____
TO _____

**STATISTICAL INFORMATION (NEW HIRE ONLY)**

EEO: ☐ CAUCASIAN ☐ ASIAN ☐ BLACK   ☐ HISPANIC ☐ AMERICAN INDIAN ☐ OTHER

LAST EDUCATION LEVEL COMPLETED: ☐ MIDDLE SCHOOL ☐ HIGH SCHOOL ☐ COLLEGE/UNIVERSITY ☐ GRADUATE SCHOOL

VETERAN STATUS: ☐ DISABLE ☐ VIETNAM ☐ OTHER- (SERVED IN A WAR)

**PROMOTION/ TRANSFER**

☐ PART TIME TO FULL TIME   ☐ FULL TIME TO PART TIME
POSITION FROM _____ TO _____
DEPT. COST CENTER #: FROM _____ TO _____
EFFECTIVE DATE _____

**PAY RATE**

SALARY: FROM _____   SALARY: TO _____
HOURLY: FROM _____   HOURLY RATE: TO _____
☐ CHANGE TO EXEMPT STATUS   ☐ CHANGE TO NON-EXEMPT STATUS
EFFECTIVE DATE: _____

**SEPARATION**

☒ DISCHARGE ☐ VOLUNTARY QUIT   ☐ LAY-OFF   FROM _____ UNTIL _____
REHIRE ☐ YES ☐ NO   SEPARATION CODE _____   EFFECTIVE DATE: 9-30-05
VACATION PAYOUT HOURS: 53.16 HOURS

**REMARKS:** VIOLATION OF OUR COMPANY POLICY

TCMA-0215

**APPROVALS:**
EMPLOYEE: _____
DEPARTMENT MGR.: [signature]   DATE: _____   DIRECTOR, HR: [signature Nida Regner Sutal]   DATE: 9/30/05
VICE PRESIDENT: [signature]   DATE: 9/30/05   V.P./C.O.O.: _____   DATE: _____

REQUIRED SIGNATURES
DEPT. HEAD - ALL
H.R. DEPT. - ALL
EE - ALL
EXEC. V.P. - NEW HIRE, SEPARATION, RATE/JOB CHANGE

WHITE   H/R
YELLOW   PAYROLL
PINK   DEPARTMENT MGR.

TCMA 194

# STATEMENT OF PERSONAL HISTORY
(See Privacy Act statement on page 4)

OMB. No.: 3090-0006
Expires: 09/30/97

Public reporting burden for this collection of information is estimated to average 8 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Security Division (PSS), Office of Federal Protective Service, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (3090-0006) Washington, DC 20503.

NOTE: All sections must be completed. If more space is needed for any item, continue under Item 23.

1. SOCIAL SECURITY NUMBER: [redacted]-2411
2. NAME DATA (Give your full name. Initials and abridgements are not acceptable)
   - NAME (Last, first, middle): Kelly Miguel Espinal
   - OTHER NAMES USED:
3. DATE OF BIRTH: [redacted]-62
4. PLACE OF BIRTH: Dominicana Republica
5. SEX: ✓ MALE
6. HEIGHT: 5'-07"
7. WEIGHT: 150
8. COLOR EYES: Brown
9. COLOR HAIR: Black

10. MARITAL STATUS: ✓ SINGLE

12. RACE: ✓ H - Hispanic

13. DATES AND PLACES OF RESIDENCE

| R/M | FROM | TO | NUMBER AND STREET | CITY | STATE | ZIP CODE (5+4) |
|---|---|---|---|---|---|---|
|  | 1980 | present | 3107 11th St., N.W. | Washington | DC | 20010 |
|  | 1980 | 1989 | 1836 Irving St., N.W. | Washington | DC | 20010 |

14. MILITARY SERVICE (Past or present):

15. CHECK U.S. CITIZEN / ✓ ALIEN
- REGISTRATION NO.: [redacted]
- NATIVE COUNTRY: Dominacan Republic
- DATE OF ENTRY: 07/29/72
- PORT OF ENTRY: Miami, FL

GENERAL SERVICES ADMINISTRATION

GSA FORM 176 (REV. 12-95)