## Trade Center Management Associates
## ACCIDENT INVESTIGATION REPORT – PART I, EMPLOYEE

ALL ACCIDENTS MUST BE REPORTED TO YOUR SUPERVISOR OR HUMAN RESOURCES DEPARTMENT. THIS REPORT MUST BE COMPLETED AND RETURNED TO H.R. WITHIN 24 HOURS OF THE ACCIDENT/INCIDENT.

DATE OF REPORT: 05-26-04   DATE OF INJURY: 05-26-04   TIME OF INJURY: 10:00am

[X] AM   [ ] PM

INJURED EMPLOYEE NAME: Wanda Paz

INJURED EMPLOYEE'S ADDRESS:   2609 Kirkwood Pl #101
Hyattsville, MD 20782

EMPLOYEE'S HOME PHONE NUMBER: (301) 559-0469

SOCIAL SECURITY NUMBER     -0338     DATE OF BIRTH: ▮▮▮▮73

DEPARTMENT WORKED: _Utility_   DATE OF HIRE:  October 2001

JOB TITLE/POSITION: Utility Steward     [X] FULL TIME [ ] PART TIME [ ] ON CALL

ACCIDENT LOCATION: Dishroom

DESCRIPTION OF THE ACTIVITY AT THE TIME OF THE INCIDENT:
An employee got angry with Wanda in the dishroom. The employee grabbed Wanda's right arm and forcefully twisted it. She was in a great deal of pain after the incident.

PLEASE SPECIFY EQUIPMENT, SUBSTANCE OR OBJECT CONNECTED WITH INCIDENT:

Another employee

NATURE OF INJURY (SCRATCH, CUT, BRUISE, ETC): twisted right arm, wrist, hand, and forearms are in pain

SPECIFIC BODY PART INJURED: wrist, forearm, and hand on her right arm

WERE THERE ANY WITNESSES TO THE ACCIDENT/INCIDENT?     [X] YES     [ ] NO

NAME(S) OF WITNESS(ES):  Luis Guerera, Evangeline Henderson, Franklin Ramos, Enrique Robles, and Eliseo Guavara.

WHAT MEASURES DO YOU RECOMMEND TO PREVENT A SIMILAR ACCIDENT/INCIDENT?

Make sure physical violence among employees is not tolerated.

EMPLOYEE SIGNATURE: _[signature]_     DATE: 05-26-04

TCMA-0178

**DISTRICT OF COLUMBIA GOVERNMENT**
**OFFICE OF WORKERS' COMPENSATION**
P.O. BOX 56098
WASHINGTON, D.C. 20011
(202) 576-6265

Date of This Report: 06/09/2004

Employee Social Security Number: ███0336

Employer Identification Number:

Insurer Number:

> **Warning:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

## EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE

| Employee Name and Address: | Employer Name and Address: | Insurer Name and Address: |
|---|---|---|
| Wanda Paz<br>3711 35th Street<br><br>Mt. Rainier MD 20712 | Trade Center Mgmt. Assoc., LLC<br>1300 Pennsylvania Ave., NW<br><br>Washington DC 20004 | Commerce and Industry<br>70 Pine Street<br><br>New York NY 10270 |

**IMPORTANT:** Every employer shall file this report as soon as possible after knowledge of an occupational injury or disease to one of his employees, but no later than ten days thereafter. Failure to file this form shall be subject to a civil penalty not to exceed $1,000.

Date and Time of Injury: 05/26/2004   10:00   am/pm?   Day of Week? Wednesday
Normal starting time: 05/26/2004 / 09:00 am/pm? If employee back to work, give date and time 09:00 am/pm? At what wage? 12.73  If fatal, give date of death _____ (file supplement report).
Date disability began? 05/26/2004   am/pm? Was injured paid in full for this day? Yes
Was injured given Form No. 7 DCWC? _____ Foreman Chester Smith
When did you or foreman first know of injury? 05/26/2004
Male _____ Female X   Age 30   Employee's Telephone No. 202 4984117
Occupation when injured: Utility Steward   Was this his/her regular occupation? Yes
(Department or Branch where regularly employed) Stewarding
Was injured hired in DC? _____ How long employed by you? 02 Years   06 Months
Piece or time worker? Time Worker  Hourly wage? 12.73  Hours worked/day 8.00
Daily wages 100  Days Worked per Week 5   Avg weekly earnings 350.00
If board and lodging were furnished or gratuities reported in addition to wages, give estimated value per day, week, or month: _____ per _____
Employer's principal business function in DC _____
Employer's Telephone No. (202) 3121300   Insurance Policy No. ███
Location of plant or place where accident occurred: TCMA, 1300 Penn Avenue, Washington DC 20004
On employer's premises? Yes
Describe fully the events which resulted in injury or disease, what the employee was doing when injured and type of injury including parts of body affected: Parts of Body: Upper Extremities: Wrist(s)
Ee was holding onto utility cart when another employee attempted to "wrestle" it from her causing her right wrist to be sprained
Names of Witnesses: Idella Velasquez
Nature and location of injury (Describe fully): Specific Activity: Pushing A Utility Cart
Right wrist
Attending Physician and Address (If Hospital Involved - Indicate):
GWU Hospital E/R
2400 Penn Avenue
Washington DC 20037

Warren Bryant                                    202 3121321
Name (Please Print or Type)

Name of Person Completing Form          Signature

                                        Official Position

FORM NO. 8 DCWC
WC 7944R (6-00) UNIFORM INFORMATION SERVICES, INC.                    9-2491

TCMA-0180

**THE GEORGE WASHINGTON UNIVERSITY HOSPITAL UHS**

Department of Emergency Medicine Work Limitation Form



791258

Name: PAZ, WANDA H
MR
Acc
DOB: 1973  30  SX: F  EMR
DO
MRN:  ADM/REG DT: 05/26/04

Date of Service

Patient Identification

Patient's Name: Paz Wanda

Provisional Diagnosis/Medical Condition: (R) hand, arm sprain

### WORK STATUS CALENDAR

1. Please fill in today's date in the following calendar under the day of the week.
2. Please fill in the employee's work status in the calendar by indicating the appropriate abbreviation in the box of the calendar below.

Abbreviations:  N=No work  A=Altered duty  R=Regular Duty

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Week 1 | Week 1 | Week 1 | Week 1 05-26-04 N | Week 1 05-27-04 N | Week 1 05-28 (A) | Week 1 05-29 (A) |
| Week 2 5-30 (A) | Week 2 5-31 (A) | Week 2 6-01 (R) | Week 2 | Week 2 | Week 2 | Week 2 |

### ALTERED DUTY

Altered (light) Duty Restrictions (Check all that are appropriate):

- ☐ Must wear splint
- ☐ Use walking aid (cane or crutches)
- ☒ No use of __R hand/arm__ (part of body)
- ☐ No Walking
- ☐ Sitting work
- ☐ No work at heights/No climbing
- ☐ No climbing stairs/ladder
- ☐ No heavy lifting above_____ pounds
- ☐ Other _____

- ☐ No work above chest height
- ☐ No pushing, pulling or twisting work
- ☐ Keep wound clean and dry. Elevate often.
- ☐ No Carrying above _____ pounds
- ☐ No performing repetitive movements with _____ (body part)
- ☐ No standing
- ☐ No bending/stooping
- ☒ Elevate, Ice x 20 min 3-4x/d

TCMA-0181

Follow Up Appt: Orthopedist (202) 741-3300 Gauberti

I have read and understand the above instructions. X _____

PATIENT'S SIGNATURE

Attending Physician Signature          Date 05-26-04

| | | | | | Trade Center Management | | | | Wednesday 03/16/2005 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| dered by: Name | | | | | | | | | 11:13:28 |
| range: 05/23/2004 - 05/29/2004 | | | | | TIME CARD REPORT | | | | Page: 1 |

| ode | Name | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 205 | Paz, Wanda | | | | | | | | | | |
| | DATE | DAY | CTGY. | START | STOP | HOURS | REG | OT1 | OT2 | OT3 | UNPAID | TOTAL | DOLLARS |

| DATE | DAY | CTGY. | START | STOP | HOURS | REG | OT1 | OT2 | OT3 | UNPAID | TOTAL | DOLLARS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/24/2004 | MON | WORK | 09:00 | 13:54 | 4.90 | 7.40 | | | | | 7.40 | |
| | | WORK | 14:28 | 16:56 | 2.50 | | | | | | | |
| 05/25/2004 | TUE | WORK | 08:55 | 12:18 | 3.40 | 8.15 | | | | | 8.15 | |
| | | WORK | 12:48 | 17:33 | 4.75 | | | | | | | |
| 05/26/2004 | WED | WORK | 09:00 | 12:40 | 3.65 | 7.45 | | | | | 7.45 | |
| | | WORK | 13:11 | 17:00 | 3.80 | | | | | | | |
| 05/27/2004 | THU | SICK | 20:39 | | 8.00 | 8.00 | | | | | 8.00 | |
| 05/28/2004 | FRI | SICK | 20:39 | | 8.00 | 8.00 | | | | | 8.00 | |
| | | | | EMPLOYEE TOTALS | | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39.00 | 0.00 |

_____  _____
EMPLOYEE                 SUPERVISOR

TCMA-0182

| | | | | | Trade Center Management | | | | | Wednesday 03/16/2005 |
| | | | | | TIME CARD REPORT | | | | | 11:13:46 Page: 1 |

ered by: Name
range: 05/30/2004 - 06/05/2004

ode | Name
205 | Paz, Wanda

| DATE | DAY | CTGY. | START | STOP | HOURS | REG | OT1 | OT2 | OT3 | UNPAID | TOTAL | DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2004 | MON | HOL | 11:05 | | 8.00 | 8.00 | | | | | 8.00 | |
| 06/02/2004 | WED | WORK | 12:00 | 13:15 | 1.25 | 7.90 | | | | | 7.90 | |
| | | WORK | 13:47 | 20:26 | 6.65 | | | | | | | |
| 06/03/2004 | THU | WORK | 15:00 | 16:15 | 1.25 | 7.15 | | | | | 7.15 | |
| | | WORK | 16:49 | 22:42 | 5.90 | | | | | | | |
| 06/04/2004 | FRI | WORK | 15:01 | 17:13 | 2.20 | 7.50 | | | | | 7.50 | |
| | | WORK | 17:41 | 23:00 | 5.30 | | | | | | | |
| 06/05/2004 | SAT | WORK | 16:02 | 17:19 | 1.25 | 8.00 | | | | | 8.00 | |
| | | WORK | 17:45 | 00:31 | 6.75 | | | | | | | |
| | | | EMPLOYEE TOTALS | | | 38.55 | 0.00 | 0.00 | 0.00 | 0.00 | 38.55 | 0.00 |

EMPLOYEE                                          SUPERVISOR

TCMA-0183