

## PERSONNEL ACTION FORM (PAF)

| NATURE OF TRANSACTION | ☐ EMPLOYMENT ☐ JOB CHANGE ✓ SEPARATION ☐ OTHER (EXPLAIN) _____ <br> ☐ PERSONAL DATA CHANGE ☐ RATE CHANGE |
|---|---|
| BASIC INFORMATION ALL TRANSACTIONS | NAME LAST: **CYRUS** FIRST: **ANTOINE** MIDDLE: _____ <br> ADDRESS: _____ <br> CITY: _____ STATE: _____ ZIP: _____ <br> SOC. SEC. NO: _____ DOB: _____ HOME PHONE: _____ <br> DEPARTMENT CODE: _____ DATE OF HIRE: _____ <br> DEPT NAME: **BANQUETS** JOB TITLE: **BANQUET SERVER** |
| EMPLOYMENT | ☐ EXEMPT ☐ NEW HIRE ANNUAL SALARY _____ HOURLY RATE _____ <br> ☐ NON-EXEMPT ☐ REHIRE <br> ☐ MALE BONUS ELIGIBLE: ☐ YES <br> ☐ FEMALE ☐ FULL TIME ☐ NO <br> ☐ SINGLE ☐ PART TIME BONUS ELIGIBLE: (%) _____ <br> ☐ MARRIED ☐ ON CALL |
| PERSONAL DATA (CHANGE) | ☐ NAME EFFECTIVE DATE _____ <br> ☐ ADDRESS FROM _____ <br> ☐ PHONE <br> ☐ MARITAL STATUS TO _____ |
| STATISTICAL INFORMATION (NEW HIRE ONLY) | EEO: LAST EDUCATION LEVEL COMPLETED VETERAN STATUS <br> ☐ CAUCASIAN ☐ HISPANIC ☐ MIDDLE SCHOOL ☐ DISABLE <br> ☐ ASIAN ☐ AMERICAN INDIAN ☐ HIGH SCHOOL ☐ VIETNAM <br> ☐ BLACK ☐ OTHER ☐ COLLEGE/UNIVERSITY ☐ OTHER- (SERVED IN A WAR) <br> ☐ GRADUATE SCHOOL |
| PROMOTION/ TRANSFER | ☐ PART TIME TO FULL TIME ☐ FULL TIME TO PART TIME <br> POSITION FROM _____ TO _____ <br> DEPT. COST CENTER #: FROM _____ TO _____ <br> EFFECTIVE DATE _____ |
| PAY RATE | SALARY: FROM _____ SALARY: TO _____ <br> HOURLY: FROM _____ HOURLY RATE: TO _____ <br> ☐ CHANGE TO EXEMPT STATUS ☐ CHANGE TO NON-EXEMPT STATUS <br> EFFECTIVE DATE: _____ |
| SEPARATION | ✗ DISCHARGE ☐ LAY-OFF FROM _____ UNTIL _____ <br> ☐ VOLUNTARY QUIT <br> REHIRE ☐ YES SEPARATION CODE _____ EFFECTIVE DATE: **6/26/02** <br> ☐ NO <br> VACATION PAYOUT HOURS: **18.52 HOURS** |
| REMARKS | EMPLOYEE TERMINATED FOR VIOLATION OF COMPANY POLICY. <br> 401(K) LOAN TO BE RE-PAID |
| APPROVALS | EMPLOYEE _____ <br> DEPARTMENT HEAD _____ DATE _____ DIRECTOR _____ DATE 6/26/02 <br> VICE PRESIDENT _____ DATE 6/26/02 V.P./C.O.O. _____ DATE _____ |

REQUIRED SIGNATURES

DEPT. HEAD - ALL                      WHITE    HR
H.R. DEPT. - ALL                      YELLOW   PAYROLL
EE - ALL                              PINK     DEPARTMENT MGR.
EXEC. V.P. - NEW HIRE, SEPARATION, RATE/JOB CHANGE

TCMA-0167



THE RONALD REAGAN BUILDING
The International Trade Center
WASHINGTON D.C.

## EMPLOYEE WARNING FORM

___ COUNSELING    ___ VERBAL WARNING*    ✓ WRITTEN WARNING    ___ TERMINATION

EMPLOYEE'S NAME: Tony Cyrus                                        DATE: June 22, 2002
DATE OF INCIDENT: June 22, 2002

Describe what the employee did. Include dates and events. (If a disciplinary action, specify work rule which was violated or why performance is not satisfactory.)

At approximately 11:45 AM, Tony poked a co-worker (Lenard Clark), made a fist, and asked if he "wants to step outside."

If employee's personnel file reflects previous disciplinary action for similar behavior in the past two years, explain.

Describe corrective action required, including time limits. (If applicable).

Tony is suspended pending investigation. He is to report to Human Resources at 9:30 AM on Monday June 24, 2002.

ANY FURTHER INFRACTION OF COMPANY POLICY/PROCEDURE WILL RESULT IN DISCIPLINARY ACTION UP TO AND INCLUDING TERMINATION.

Manager's Signature                                              Date: 6/22/02

Employee's Signature**                                           Date: 06/22/02

Witness' Signature (if necessary)                                Date

* Employee's signature is not required
** If the employee refuses to sign a written warning, 2nd written warning, or termination notice, a witness should be brought in to witness the manager speaking to the employee about the incident.

A COPY OF THIS FORM SHOULD BE GIVEN TO THE EMPLOYEE AS WELL AS RETAINED IN THE EMPLOYEE'S PERSONNEL FILE IN HUMAN RESOURCES.

TCMA-0168

**THE RONALD REAGAN BUILDING**
**The International Trade Center**
WASHINGTON D.C.

## ATTACHMENT TO THE EMPLOYEE WARNING FORM
### Mr. Antoine Cyrus
### Wednesday, June 26, 2002

An investigation was conducted into the incident that occurred on Saturday, June 22, 2002, between Mr. Antoine (Tony) Cyrus and Mr. Lenard Clark. The allegations made were that Mr. Cyrus had made physical contact, (poked), made a fist in his face and made threatening remarks to his co-worker, Mr. Clark. Mr. Cyrus was suspended pending the investigation of the incident.

On Monday, June 24, 2002 and Tuesday, June 25, 2002, Linda Regner Sickel, Vice President, Human Resources and Mr. Don Shapiro, Vice President, Food and Beverage investigated the incident and interviewed all parties involved.

The results of the investigation concluded that Mr. Cyrus did violate our code of conduct and did make physical contact and verbal threats to his co-worker, Mr. Clark. Mr. Cyrus also acknowledged this in the course of the investigation. This is a violation of our code of conduct and is a terminable offense.

Mr. Cyrus's employment with Trade Center Management Associates, LLC is terminated effective Wednesday, June 26, 2002

_____ 06/26/2002
Employee Signature/Date

_____ 6/26/02
Manager Signature/Date

_____ 6/26/02
Witness Signature/Date

TCMA-0169

1300 Pennsylvania Avenue N.W.    Washington, D.C. 20004    202-312-1300    Fax: 202-312-1310    www.itcdc.com

# The Trade Center Management Associates 401(k) Plan
## Enrollment Form

For investment transfers of existing balances with Transamerica do not use this form.
Use the 800 number, if applicable, or see your plan administrator.

## 1. EMPLOYEE INFORMATION - PLEASE PRINT

Mr. [X]  Mrs. [ ]  Ms. [ ]

**YOUR NAME (LAST, FIRST, MIDDLE INITIAL):** CYRUS, ANTOINE T.

**ADDRESS:** P.O. BOX 8151

**CITY:** LANGLEY PARK  **STATE:** MD  **ZIP:** 20787

**MARITAL STATUS:** MARRIED [X]  NOT MARRIED [ ]

**SOCIAL SECURITY NUMBER:** ███-██-4578
**DATE OF BIRTH:** ██/██/67
**DATE OF HIRE:** 04/20/98

## 2. REASON FOR FORM - CHECK ONE:

[X] I am eligible and am enrolling in the 401(k) plan. (Complete sections 1, 2, 3, 4, 5 and 6)

[ ] I am changing my current contribution levels and/or future investment mix. (Complete sections 1, 2, 3, 4 and 5)

[ ] I am stopping my contributions. (Complete sections 1, 2 and 4)

[ ] I am changing my beneficiary designation. (Complete sections 1, 2, 6 and 7)

[ ] I elect not to make 401(k) contributions to the plan at this time. (Complete sections 1, 2, 4, and 5)

## 3. CONTRIBUTION AMOUNT

**Before-Tax Contributions:**

I wish to contribute the following percentage of my pay on a before-tax basis (circle one):

1%, 2%, 3%, 4%, 5%, 6%, 7%, 8%, 9%, 10%, 11%, 12%, 13%, 14%, **(15%)**

Note: The IRS limits may affect the amount you can contribute to the plan each year.
I understand the withdrawal restrictions that apply to these contributions.

## 4. AUTHORIZATION AND SIGNATURE

[X] I hereby authorize payroll deduction of plan contributions in accordance with the level(s) I have indicated in Section 3. I understand this constitutes a "cash or deferred" arrangement under section 401(k) of the Internal Revenue Code and that my contributions are subject to the withdrawal restrictions of the plan. I acknowledge that I could have received these amounts in cash rather than contribute them to the Trade Center Management Associates 401(k) Plan. I understand that certain limitations are imposed on my contributions by Federal law and that my contributions may be refunded to comply with these laws. I further agree that neither TCMA, the Plan Trustee, their affiliates nor their funds will be liable for any loss when acting upon my instructions believed to be genuine.

[ ] I hereby stop my contributions to the 401(k) plan.

[ ] I hereby elect not to make 401(k) contributions to the plan at this time.

Employee Signature: *[signed Antoine]*  Date: 03/06/2001

Administrator Signature: *[signed]*  Date: 3/19/01

2/01  991405