```
-----Original Message-----
From: Drew, John P [mailto:John.P.Drew@FMR.COM]
Sent: Thursday, October 14, 2004 5:54 PM
To: regnerl@itcdc.com; grantp@urbanretail.com; pgranttcma@aol.com; Drew, John;
surffish@ix.netcom.com
Subject: Re: Employee termination
```

I had an opportunity to review these messages and they are threatening and she does say "you'll never her from me again". She should be terminated. That's my opinion on the matter.

JPD
------------------------
Sent from my BlackBerry Wireless Handheld

```
-----Original Message-----
From: regnerl@itcdc.com <regnerl@itcdc.com>
To: grantp@urbanretail.com <grantp@urbanretail.com>; pgranttcma@aol.com
<pgranttcma@aol.com>; Drew, John <John.Drew@FMR.COM>; surffish@ix.netcom.com
<surffish@ix.netcom.com>; Drew, John P <John.P.Drew@FMR.COM>
Sent: Thu Oct 14 12:27:38 2004
Subject: Employee termination
```

Gentlemen,

Last week, Sharon Eliatamby received a voice mail message from one of our on call bartenders, Desta Menassie. She has been working with us since 8/22/00. In her voice message, Desta was upset because she thought Sharon had told Jorge and Tom, (our managers in charge of the Beverage department), not to schedule her. The voice message was inappropriate,
including swearing and threatening language aimed at Sharon. At the end
of the message she stated, "What goes around comes around with you, with that asshole Jorge and manic Tom, believe me they are going to get it."

Desta called Sharon the next day and left another message for her. She called to apologize. She stated to her that "you are not going to hear from me again". Desta was leaving to another state to do an internship for the next 3 to 4 months.

Desta has in the past utilized Don or me to resolve a problem if she was unable to get it resolved from Jorge or Sharon. There was no reason for that threatening message to be left for Sharon regarding her schedule.

My recommendation is that she be terminated.

Please let me know if you have any questions.

Thanks,

Linda

1

TCMA-0243

RMA-226

# STATEMENT OF PERSONAL HISTORY
(See Privacy Act statement on page 4)

OMB. No.: 3090-0006
Expires: 09/30/97

Public reporting burden for this collection of information is estimated to average 8 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Security Division (PSS), Office of Federal Protective Service, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (3090-0006) Washington, DC 20503.

NOTE: All sections must be completed. If more space is needed for any item, continue under Item 23.

1. SOCIAL SECURITY NUMBER: [redacted]-2080
3. DATE OF BIRTH: [redacted] /65

**2. NAME DATA** (Give your full name. Initials and abridgements are not acceptable)

NAME (Last, first, middle): MENASSIE DESTA

OTHER NAMES USED (Maiden name, names by former marriages, former name changed legally or otherwise, nicknames, etc. Specify which, and show dates used.)

4. PLACE OF BIRTH: Addis Ababa, ETHIOPIA
5. SEX: ☐ MALE  ☑ FEMALE
6. HEIGHT: 5'6
7. WEIGHT: 145
8. COLOR EYES: Black
9. COLOR HAIR: Light Brown

**10. MARITAL STATUS**
☑ SINGLE
☐ WIDOW(ER)
☐ MARRIED
☐ DIVORCED

11. IF MARRIED, WIDOWED, OR DIVORCED, GIVE FULL NAME AND DATE AND PLACE OF BIRTH OF SPOUSE OR FORMER SPOUSE, AND DATE AND PLACE OF MARRIAGE. INCLUDE WIFE'S MAIDEN NAME (Give same information regarding all previous marriages.)

**12. RACE** (Check one)

- A — Asian or Pacific, including Chinese, Japanese, Filipinos, Polynesians, Indonesians, and Asian Indians
- B — Black ✓
- I — American Indian or Alaskan Native, including Eskimos
- H — Hispanic
- W — White
- O — Other

**13. DATES AND PLACES OF RESIDENCE** (If actual places of Residence differ from the Mailing addresses, furnish and identify both by placing "R" (for residence) or "M" (for mailing) in column "R/M". Begin with present and go back (10) years. Continue in Item 23 if necessary.)

| R/M | FROM | TO | NUMBER AND STREET | CITY | STATE | ZIP CODE (5+4) |
|---|---|---|---|---|---|---|
|  | 1989 | Still leaving | 728 3rd St SW ~~Washington DC 200~~ | Washington | DC | 20024 |
|  | 1984 | 1989 | 101 G. St SW Apt. 216 | Washington | DC | 20024 |

**14. MILITARY SERVICE** (Past or present)

| SERIAL NO. (If none, give grade or rating at separation.) | BRANCH OF SERVICE (Army, Navy, Air Force, etc.) | YEAR FROM | TO |
|---|---|---|---|
|  |  |  |  |

**15. CHECK**

U.S. CITIZEN ✓
- BY BIRTH
- NATURALIZED (Complete A thru D)
- DERIVED (Complete E)

ALIEN

A. CERT. NO.: [redacted]
B. PETITION NO.: [redacted]
C. DATE: 7/12/94
D. PLACE AND COURT: US Dist. Court Washington, DC
E. PARENT'S CERTIFICATION NUMBERS:
REGISTRATION NO.:
NATIVE COUNTRY:
DATE OF ENTRY:
PORT OF ENTRY:

GENERAL SERVICES ADMINISTRATION

GSA FORM 176 (REV. 12-95)
Prescribed by PBS P 5930.17A