
RONALD REAGAN BUILDING AND
INTERNATIONAL TRADE CENTER

March 25, 2005

Mr. Jose Navarro-Guevara
8617 20th Ave
Hyattsville, MD 20783

Dear Jose:

On Thursday, March 17, 2005 you violated Trade Center Management Associates code of conduct by threatening another employee and behaving inappropriately in the workplace.

TCMA considers your behavior/conduct to be a serious offense. Therefore, effective today, Friday, March 25, 2005, your employment with TCMA is terminated.

If you have any questions, please contact me at (202) 312-1296.

Sincerely,

Linda Regner Sickel
Vice President, Human Resources

TCMA-0191

1300 Pennsylvania Avenue, NW • Washington, DC 20004
Phone: 202.312.1300  Fax: 202.312.1310  Web: www.itcdc.com

TCMA 646

Form Receive Date: ☐

**Federal Protective Service**

Expires: 10/01/2005
Statement of Personal History for Contract and Childcare Personnel

NOTE: All contractor(s)/childcare personnel must complete all sections on form. If more space is needed for any item, continue under item 24. Failure to disclose any information may result in an unfavorable adjudication decision.

*(See Privacy Act and Public Reporting Burden statements on page 4.)*

| 1. SOCIAL SECURITY NUMBER | 2. TELEPHONE NUMBER | 3. DATE OF BIRTH |
|---|---|---|
| ▓▓▓-32917 | (301) 434-1777 | ▓▓/▓▓/86 |

**4. NAME DATA** (Give your full name. Initials and abridgements are not acceptable)

NAME (Last, first, middle): Jose Luis Alberto NAVARRO-Guevara

OTHER NAMES USED (Maiden name, names by former marriages, former name changed legally or otherwise, nicknames, etc. Specify which and show dates used.)

5. PLACE OF BIRTH (City/State, Country): El Salvador

6. SEX: ☑ MALE  ☐ FEMALE

7. HEIGHT: 5-06   8. WEIGHT: 180

9. COLOR EYES: brown   10. COLOR HAIR: brown

**11. MARITAL STATUS**
☑ SINGLE  ☐ WIDOW(ER)  ☐ MARRIED  ☐ DIVORCED

12. IF MARRIED, WIDOWED OR DIVORCED, GIVE FULL NAME AND DATE AND PLACE OF BIRTH OF SPOUSE OR FORMER SPOUSE, AND DATE AND PLACE OF MARRIAGE. INCLUDING WIFE'S MAIDEN NAME (Give same information regarding all previous marriages.)

**13. RACE** (Check one)
☐ A - Asian or Pacific, including Chinese, Japanese, Filipinos, Polynesians, Indonesians, and Asian Indians
☐ I - American Indian or Alaskan Native, including Eskimos
☐ B - Black
☑ H - Hispanic
☐ W - White
☐ O - Other

**14. DATES AND PLACES OF RESIDENCES** (If actual places of Residence differ from the Mailing addresses, furnish and identify both by placing "R" (for residence) or "M" (for mailing) in column "R/M". Begin with present and go back (10) years. Continue in Item 24 if necessary.)

| R/M | FROM | TO | NUMBER AND STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
|  | 2002 | 2004 | 8617 20th Ave | Hyattsville | MD | 20783 |
|  | 1994 | 2002 | 1451 Park RD NW #518 | Whashington | DC | 20010 |

**15. CHECK**
☐ US CITIZEN

| BY BIRTH | | | | |
|---|---|---|---|---|
| NATURALIZED (Complete A thru E) | A - CERT. NO. | B - PETITION NO. | C - DATE | D - PLACE AND COURT |
| DERIVED (Complete F) | E - U.S. PASSPORT NUMBER | | F - PARENT'S CERTIFICATION NUMBERS | |

☑ ALIEN

| REGISTRATION NO. | EXPIRATION DATE | DATE OF ENTRY | PORT OF ENTRY |
|---|---|---|---|
| ▓▓▓▓▓▓▓ | July 14 2005 | 1994 | Tucson, AZ |

FEDERAL PROTECTIVE SERVICE

176T FPS FORM (REV. 10-04)



