Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

1

1              IN THE UNITED DISTRICT COURT FOR

2                  THE DISTRICT OF COLUMBIA

3        - - - - - - - - - - - - - - x

4      EKANEM H. UDOH,                      :

5                      Plaintiff,           :

6              vs.                          :   Civil No.

7      TRADECENTER MANAGEMENT              :   1:05-CV-01642-PLF

8      ASSOCIATES,                          :

9                      Defendants           :

10       - - - - - - - - - - - - - - x

11                V O L U M E   1

12        Deposition of EKANEM H. UDOH, held at the

13     offices of JACKSON LEWIS, LLP, 8614 Westood Center

14     Drive, Suite 950, Vienna, Virginia, commencing at 1:34

15     p.m., Friday, January 27, 2006, before Elizabeth

16     Mingione, Notary Public.

17

18

19

20

21

22

Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

19

1    Reagan International Trade Building in Washington,

2    D.C.  Is that right?

3         A.    Yes.

4         Q.    Okay.  Let's move on to May 26, 2004.

5    Okay.

6         A.    All right.

7         Q.    On the morning of May 26, 2004, were you

8    working?

9         A.    Yes.  I was working.

10        Q.    And were you responsible for setting up a

11   coffee break?

12        A.    Yes.  I was responsible for setting a

13   coffee break.

14        Q.    And you had -- my understanding is that you

15   had prepared a cart for setting up the coffee break.

16   Is that right?

17        A.    That is correct.

18        Q.    Tell me a little bit about that.  How did

19   you prepare the cart?  What does it mean to prepare a

20   cart?  Explain that to me.

21        A.    Okay.  Let me start by saying that I arrive

22   at work at 5:00 a.m. in the morning.  And I was given

Ekanem H. Udoh                                    January 27, 2006
                        Vienna, VA

1        A.    And that was my location.

2        Q.    And you left the cart in Atrium Hall?

3        A.    I, after I had set the coffee break, it was

4    time to service the room.  I went in, clean up, then

5    go back to the back of the house.  And about 9:00 or

6    9:30, it was time to start refresh.

7        Q.    To refreshen the coffee break?

8        A.    Yes.  And I went back to look for the cart

9    which was there.

10       Q.    The cart was still there?

11       A.    The cart -- when I was cleaning, the cart

12   was still there until I went to retrieve it because I

13   wanted to go and get more supplies from the storeroom.

14       Q.    Okay.  So you came back from the storeroom

15   around what time?

16       A.    I did not even leave at that time.  I was

17   still cleaning up but I didn't go to the storeroom at

18   that time.  The time that I went to look for the cart

19   was when I wanted to go to the storeroom.  And I

20   realized that the cart was gone.

21       Q.    So you wanted to take the cart to the

22   storeroom to get the supplies?

Ekanem H. Udoh                                    January 27, 2006
                          Vienna, VA

22

1        A.    Yes.

2        Q.    What time was that?

3        A.    That was about 9:00 or 9:30 or so.

4        Q.    And you noticed the cart was gone?

5        A.    I noticed the cart was gone.

6        Q.    Okay.  At that point in time did you know

7   who took it?

8        A.    I did ask Alvin who was the steward for our

9   function.  I asked him if he saw it.  He told me that

10  Wanda took the cart.  And he told him -- he asked her

11  why.  She told him don't worry about it.

12       Q.    Now, everything you are saying now is what

13  Alvin told you.  Is that right?

14       A.    Yes.

15       Q.    You didn't witness any of this yourself?

16       A.    No.

17       Q.    Okay.  So Alvin told you that Wanda took

18  the cart.  And what did you do next?

19       A.    I went down to the B2 where she worked.

20  And I found her taking off the linen that I put on the

21  carts.

22       Q.    What was Wanda's position as far as you

Ekanem H. Udoh                                      January 27, 2006
                          Vienna, VA

24

1    retrieved the cart, I would be able to go back and get

2    the supplies, go back and do complete.  Because my

3    partner was already, I mean, start removing what we

4    had used for that morning.  So we wanted to put some

5    new orders on display.

6        Q.    So I just didn't exactly understand what

7    you said.  Are you saying that you, if you had gotten

8    the cart back from Wanda that you would have had time

9    to do the refreshing in time or that you would not

10   have had time?

11       A.    I would have had time to do the refreshing.

12       Q.    Okay.  Was it fair to say you were under

13   some time pressure to get the cart and get refreshing

14   done?

15       A.    Walking from the Atrium Hall to the

16   basement is a pretty long way and you have to wait for

17   elevator to take you to B2.  So with that in mind and

18   we have specific time to put breaks out.  And we are

19   always told to do it 15 minutes prior to events,

20   either being on recess or if we are going to open the

21   door for events to start.

22       Q.    Right.  What I'm trying to find out,

Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

25

1    though, is if you had plenty of time and there was no

2    rushing or if you felt that you were on a pretty tight

3    schedule and you needed to rush and get this cart to

4    get your job done?

5         A.    I was on a tight schedule because we don't

6    have that much time to be wandering around looking for

7    supplies or equipment to work with.

8         Q.    Okay.  And it sounds like what you are

9    saying that, well, is it fair to say that you were a

10   conscientious employee who tried to do a good job?

11        A.    I believe so.

12        Q.    And you were trying to do a good job in

13   this instance by getting the refreshing done on time?

14        A.    That is exactly my mission.

15        Q.    Okay.  And is it fair to say that you were

16   concerned or worried that by this cart disappearing

17   you may not be able to get your job done?

18        A.    Because we were told in the morning that

19   the client was very high maintenance and we should not

20   have any room not to complete the job, and give them a

21   very good service.

22        Q.    Okay.  So in normal situations you tried

Ekanem H. Udoh                              January 27, 2006

Vienna, VA

26

1    very hard to do a good job; right?

2         A.    I always.

3         Q.    And in this situation, in addition to how

4    hard you normally try, you were told that you had a

5    very high-maintenance client so you had to make sure

6    everything was perfect.  Is that fair to say?

7         A.    That is true.

8         Q.    Okay.  So just to answer my last question,

9    is it fair to say that because ADT was very high

10   maintenance and you were trying to do a very good job,

11   that you were concerned or worried about meeting this

12   deadline when you went looking for this cart?

13        A.    As a matter of work that we do, every

14   client is important.

15        Q.    Sure.

16        A.    We must raise the bar to make sure that

17   everything is done to their satisfaction, not only

18   being a high maintenance but because the group that

19   they were catering to, they were coming on floor.  And

20   that in itself was something that we have to make sure

21   that everything is out.

22        Q.    What does coming on floor mean?

Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

1        A.      I mean people are not coming at the same

2    time.  They are coming in, they are dropping in,

3    because they were having exhibits.  They were showing

4    their equipment and so forth.

5              So people were dropping in.  And we were

6    told that we have to set things out before the break

7    even starts.

8        Q.      Understood.  So I'm just trying to figure

9    out your frame of mind though when you went looking

10   for this cart.  And it sounds like instead of not

11   caring or just taking your time, that you were feeling

12   a little bit of stress and you were concerned and you

13   were trying to find this cart so you could go do your

14   job.  Is that accurate?

15       A.      I needed the cart that I dressed in the

16   morning because this is something that never happened.

17   And even if somebody removed the carts, will always

18   bring it back, not to go and undress it.  I mean, try

19   to take things that I put on, I mean, to just

20   disentangle it.

21       Q.      Were you worried that, if you couldn't find

22   the cart, you couldn't get your job done?

Ekanem H. Udoh                                    January 27, 2006
                        Vienna, VA

28

1        A.    Yes.

2        Q.    And were you stressed about that?  Do you

3    understand my question by saying stressed?  Were you

4    feeling stressed about that?

5        A.    I would not really call it stress.  I would

6    say because that is what we do.  We are told to make

7    sure that everything is set on time.  And of course, I

8    mean, there is always a remedy if you don't do your

9    job.

10       Q.    What's that remedy?

11       A.    They could write you up.

12       Q.    Were you worried that if you didn't find

13   the cart on time that your supervisor didn't think you

14   did a good job or you might get in trouble?

15       A.    I believed that has crossed my mind.

16       Q.    Okay.

17       A.    Because, I mean, all of us the same way,

18   once you are given an instruction and it's not done,

19   so you have explaining to do.

20       Q.    Understood.  So here you are.  You leave

21   Atrium Hall and you are heading down towards B2 where

22   you think Wanda might have the cart; right?

Ekanem H. Udoh

January 27, 2006

Vienna, VA

29

1    A.    Yes.

2    Q.    So you get to B2.  And do you find Wanda?

3    A.    Yes.  I did see her.

4    Q.    And what was she doing when you found her?

5    A.    She was taking off the linen that I've

6    wrapped around the cart.

7    Q.    So she had your cart?

8    A.    Yes.

9    Q.    Okay.  And what was the next thing that

10   happened.  You saw her with your cart.  What happened

11   next?

12   A.    I asked her that I need to take the cart

13   back because I had a break to do.

14   Q.    Do you remember the exact words you used?

15   A.    Basically that is what I said, I mean, I

16   need the cart back because I have break to do.

17   Q.    Okay.  And what did she say?

18   A.    She said she want to use the cart.

19   Q.    And what did you do?

20   A.    And I said wouldn't you find another cart.

21   Q.    I'm sorry.  Say that again.

22   A.    I asked her why can't she find another

Ekanem H. Udoh                                    January 27, 2006
                        Vienna, VA

33

1    mean, we talk about safety.  I mean she's standing on,

2    I've forgotten what it was, she's standing on a flat

3    area that it was wet, with Ms. Henderson.  And I

4    didn't want to get into that by dragging with her

5    because it was unsafe.  That is what I look at.

6         Q.    Okay.  Now when you say we talk about

7    safety, do you mean that TCMA stressed safety on the

8    job as something that was very important?

9         A.    Not that they stressed but it's just

10   something that is common knowledge.

11        Q.    When you said we talk about safety, who's

12   we?

13        A.    My coworkers.  We talk about safety.  And

14   even the supervisor would talk about it to be -- to

15   work smart, not to get hurt.  I mean, even when you

16   picking up trays, I mean, you have to worry about that

17   also.

18        Q.    So is it fair to say TCMA and your

19   supervisor made it clear to you that safety on the job

20   was important?

21        A.    Yes.

22        Q.    Okay.  So you didn't want Wanda to fall,

Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

35

1        A.    Yes.

2        Q.    Okay.  So you couldn't find a supervisor.

3   And then what did you do?

4        A.    I went back and I said I need to have the

5   cart because my break is going to be late.

6        Q.    How close at this point were you to that

7   break?

8        A.    I mean, if I had the cart, I mean, about 10

9   minutes or between 10 to 15 minutes, I will still have

10  time to go and do the break.

11       Q.    But if you didn't get the cart, what would

12  have happened?

13       A.    Then I would not have been able to get the

14  supplies.

15       Q.    Okay.  Which would have been a problem for

16  you; right?

17       A.    Of course.  I mean it would have been a

18  problem for me.

19       Q.    Okay.  So you told her you needed to have

20  the cart, that you needed to go right then for your

21  break.  And what did she say?

22       A.    She didn't want to let the cart go.

Ekanem H. Udoh                                    January 27, 2006
                        Vienna, VA

36

1      Q.    Is she holding onto the cart with at least

2   one hand?

3      A.    She held onto the cart.  And I put my right

4   hand on her hand and said, Wanda, let this cart go.

5      Q.    You put your right hand on -- was it her

6   left hand or her right hand?

7      A.    I don't even remember what -- which hand it

8   was.

9      Q.    And you said -- do you remember what your

10  exact words were?  Wanda let this cart go.

11     A.    Let's go -- let the cart go.

12     Q.    And what happened next?

13     A.    And she didn't.  Then Walter came in and

14  Walter asked me what happened.  I explained that to

15  Walter.  And Walter said I can have the cart.  He said

16  I can go with the cart.

17     Q.    Did you remove Wanda's hand from the cart?

18     A.    I did put my hand on her hand, pulled the

19  cart away.  And I have to remove, I mean, like

20  struggling, no.

21     Q.    No.  No.  I'm not saying struggling.  So

22  just so I understand what you did, you reached forward

Ekanem H. Udoh                                    January 27, 2006
                        Vienna, VA

37

1    with your right hand and grabbed her whatever hand she

2    had on the cart.  Is that right?

3         A.    Not grabbing.  Not grabbing.

4         Q.    Not grabbing.  You just put your hand on

5    her hand?

6         A.    Yeah.  I mean I push it away from the cart.

7         Q.    And just so I have it down, you sort of

8    pushed her hand back towards her?

9         A.    Yes.

10        Q.    At the same time with your left hand

11   pulling the cart towards you?

12        A.    Yes.

13        Q.    Sort of like a push and pull at the same

14   time?

15        A.    Yes.

16        Q.    Sort of -- and the idea was, am I right, to

17   sort of break her grip on the cart so she wouldn't

18   keep holding it?

19        A.    Yes.

20        Q.    Okay.  And did she, when you did that, when

21   you put your hand on her hand and pulled the cart and

22   pushed her hand, did she say anything?

Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

41

1   it because it was not something that I thought or that

2   reflects to me that I have done something wrong.

3        Q.    I am not asking you what you were thinking

4   about the rule, if you were thinking about the rule

5   right then.  I'm just asking you did you have an

6   understanding as to whether or not TCMA had any rules

7   about employees touching each other on the job, not

8   whether it applied to your situation, just whether it

9   was something they allowed or didn't allow?

10       A.    Touching, I don't understand because --

11       Q.    Okay.  Let me ask you this.  Do you know if

12  TCMA had any policies or rules against physically

13  striking another employee?

14       A.    I know.

15       Q.    What do you know about that?

16       A.    No fights on the job.

17       Q.    And by no fighting, does that mean no

18  arguing or no physical fighting?

19       A.    I don't understand what you mean by

20  physical.

21       Q.    Okay.  People can say, let me ask you this.

22  People can, you know, quote, unquote, fight and just

Ekanem H. Udoh                                    January 27, 2006

Vienna, VA

42

1    have a verbal argument; right?

2        A.    Okay.

3        Q.    Do you understand what I mean?

4        A.    Okay.

5        Q.    Did you understand that TCMA had a rule

6    against arguments?  Is that what you are saying?  Or

7    did they have a rule against physical confrontations,

8    fighting physically?

9        A.    Physical confrontation.

10       Q.    Okay.  And is what you are saying that you

11   don't think what happened between you and Wanda when

12   you pushed her hand off the cart and pulled the cart,

13   are you saying that that didn't qualify in your mind

14   at the time, any way, as a physical confrontation?

15       A.    No.

16       Q.    Okay.  And why not?

17       A.    Because that was not my intent.  And

18   besides this is a federal building.  And you have

19   police, you have security.  And I could not see myself

20   being physical with a lady.

21       Q.    Okay.  Now, I had asked you -- just so I

22   can understand where we are, we agree that there was a

Ekanem H. Udoh                                    January 27, 2006
                          Vienna, VA

43

1    rule at TCMA against having a physical confrontation

2    with one of your coworkers; right?

3         A.    Yes.

4         Q.    Okay.  And your feeling is that what

5    happened between you and Wanda didn't count as a

6    physical confrontation; didn't break that rule.  Is

7    that right?

8         A.    I didn't say that.

9         Q.    Okay.  Then I'll ask it again.  Did your

10   physical confrontation with Wanda break the -- sorry,

11   did your touching Wanda's hand and pushing it off the

12   cart, did that break TCMA's rule against physical

13   confrontations with your coworkers?

14        A.    No.

15        Q.    Okay.  And I asked you why you thought it

16   didn't break the rule.  And I just want to make sure I

17   have your answer down.  I think you gave me three

18   reasons why your incident with Wanda did not break the

19   rule against physical confrontation.

20             And those three reasons were it wasn't your

21   intent to have a physical confrontation.  That it was

22   a federal building and there were lots of police

Ekanem H. Udoh                                    January 27, 2006
                          Vienna, VA

48

1    feel that for a man in that matter to go and get into

2    a fight with a woman, I think that is crossing the

3    bar.  That would not be permitted there.  And I would

4    not even think about someone wanting to fight.

5         Q.    Okay.  Let me ask you this.  The Reagan

6    building as you just said is a very secure building.

7    Is that right?

8         A.    Yes.

9         Q.    And there are lots of rules about who can

10   work there and who can't.  Is that right?

11        A.    Yes.

12        Q.    Especially post 9/11.  Is that right?

13        A.    Yes.

14        Q.    Okay.  And you know that if you had gotten

15   into a physical fight, a real fight with Wanda,

16   whether she's a woman or not, but let's just say in

17   this case you are a man, she's a woman; that you would

18   have been fired and kicked out of the building.  Is

19   that right?

20        A.    Yes.

21        Q.    Okay.  Now, do you know who made the

22   decision to fire you?

Ekanem H. Udoh

January 27, 2006

Vienna, VA

49

1        A.     I believe it was Linda and Don Shapiro.

2        Q.     Okay.  And Linda and Don did not witness

3   the incident you had with Wanda; right?  They didn't

4   see it.

5        A.     They didn't see it.

6        Q.     Okay.  You told them your side of the

7   story; correct?

8        A.     Yes, I did.

9        Q.     And you told them, you admitted to them

10  that you pushed her hand off the cart; right?

11       A.     Yes.

12       Q.     Okay.  And you assume, I guess, that Wanda

13  told her side of the story to them; right?

14       A.     I believe, I guess so.  I was not, I mean

15  I --

16       Q.     You don't know what Wanda told them?

17       A.     I mean, I did not even know that what

18  happened downstairs has even got to this.  I didn't

19  know.

20       Q.     We'll get there.  We'll get there.

21       A.     Okay.

22       Q.     Do you know what Wanda told Linda or Don

Ekanem H. Udoh

January 27, 2006

Vienna, VA

50

1    about this incident?

2        A.    I have no idea.

3        Q.    Okay.  Do you know if anyone else told

4    Linda or Don about the incident?

5        A.    If Ms. Henderson who was there would said

6    something, I don't know what she would have said.  I

7    don't know.

8        Q.    Okay.  Is it fair to say that you don't

9    know what any other witness told Linda and Don about

10   this?

11       A.    I am not sure that there were that many

12   witnesses.

13       Q.    Okay.  What I'm trying find out, though, is

14   whether you know what anyone else, other than you,

15   told Linda or Don about the incident?

16       A.    I don't know.

17       Q.    Okay.  Would you agree that if you had

18   grabbed Wanda's arm off the cart and twisted it

19   forcefully that -- I am not saying you did this.  I'm

20   asking you a question.  Would you agree that if you

21   had grabbed Wanda's arm off the cart and twisted it,

22   using force, that that would have broken the rule

Ekanem H. Udoh                                    January 27, 2006
                        Vienna, VA

51

1    against physical confrontation?

2        A.    Yes.

3        Q.    Okay.  Would you agree that if Linda or Don

4    had an honest belief that that is what happened, based

5    on what the witnesses said, that they should have

6    terminated you?

7        A.    I do not believe that they did any

8    investigation, as far as I am concerned.

9        Q.    But you don't know; right?

10       A.    For what I knew on the day of my

11   termination,

12       Q.    Okay.  What I'm asking you, though, is you

13   don't know what investigation they did; right?

14       A.    I don't know.

15       Q.    Okay.  And you don't know what the

16   witnesses said?

17       A.    I don't have a clue.

18       Q.    Okay.  And I don't expect you to know.  You

19   are not Superman.  I understand that.

20            But what I'm asking is that if Linda and

21   Don had an honest belief that you removed her arm from

22   the cart and twisted it with force, do you think that,